**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF OREGON

Case number *(if known)* _____     Chapter    **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Vista Partners, Inc. |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | DBA  **Petersen - Arne (Registry No. 311039-97)**<br>DBA  **PA Distribution (Registry No. 1240181-93)**<br>DBA  **Accent Design (Registry No. 386751-87)**<br>DBA  **Leisure Arts (Registry No. 1700769-97)**<br>DBA  **Newood MFG. (Registry No. 1738551-99)** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **93-1253494** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **4310 W. Fifth Avenue**<br>**Eugene, OR 97402-5320**<br>Number, Street, City, State & ZIP Code | **PO Box 2683**<br>**Eugene, OR 97402**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Lane**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)     **https://www.pa-dist.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Vista Partners, Inc.**
_____
Name

Case number (*if known*) _____

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor **Vista Partners, Inc.**
Name

Case number (*if known*) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When | _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**  .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor   **Vista Partners, Inc.**                                        Case number (*if known*) _____
Name

☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| Debtor | **Vista Partners, Inc.** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

---

███ **Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  5, 2025**
MM / DD / YYYY

**X** **/s/ Cynthia L. Morris**                              **Cynthia L. Morris**
Signature of authorized representative of debtor             Printed name

Title    **President and CEO**

---

**18. Signature of attorney**

**X** **/s/ Joseph A.G. Sakay**                  Date    **March  5, 2025**
Signature of attorney for debtor                         MM / DD / YYYY

**Joseph A.G. Sakay , OSB No. 021734**
Printed name

**Buchalter, A Professional Corporation**
Firm name

**805 SW Broadway**
**Suite 1500**
**Portland, OR 97205**
Number, Street, City, State & ZIP Code

Contact phone    **(503) 226-1191**        Email address    **jsakay@buchalter.com**

**021734 OR**
Bar number and State

---

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 5

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Oregon

In re    **Vista Partners, Inc.** _____    Case No. _____

                                                        Debtor(s)            Chapter    **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept _____   $ _____**164,795.00**

   Prior to the filing of this statement I have received _____   $ _____**164,795.00**

   Balance Due _____   $ _____**0.00**

2. $____**1,738.00**____ of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor     ☑ Other (specify)    **Paid-in capital from Cynthia L. Morris, President and CEO of Debtor**

4. The source of compensation to be paid to me is:

   ☑ Debtor     ☐ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. [Other provisions as needed]
       **Preparation and filing of any initial petition, schedules, statement of financial affairs.**

       **Pre-petition drafting, and not finalization of, first day motions**
       **(including wages, utilities, insurance, critical vendor, procedures for de minimis asset transactions, DIP financing, customer programs, cash management/bank accounts) with supporting declarations, notices, exhibits and proposed order(s).**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
       **Post-petition finalization and filing of first day motions**
       **(including wages, utilities, insurance, critical vendor, procedures for de minimis asset transactions, DIP financing, customer programs, cash management/bank accounts) with supporting declarations, notices, exhibits and proposed order(s).**

       **Preparation of any plan that may be required;**

       **Representation of the debtor at the Section 341 meeting of creditors and confirmation hearing, and any adjourned hearings thereof**

       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods**

       **Representation of the debtor in any dischargeability actions, judicial lien avoidances, relief from stay action or any other adversary proceeding**

In re   **Vista Partners, Inc.**                              Case No. _____

Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March 5, 2025**
_____
*Date*

/s/ **Joseph A.G. Sakay**
_____
**Joseph A.G. Sakay , OSB No. 021734**
*Signature of Attorney*
**Buchalter, A Professional Corporation**
**805 SW Broadway**
**Suite 1500**
**Portland, OR 97205**
**(503) 226-1191   Fax: (503) 226-0079**
**jsakay@buchalter.com**
_____
*Name of law firm*

**Fill in this information to identify the case:**

Debtor name    **Vista Partners, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  5, 2025**          X *Is/ Cynthia L. Morris*
                                          Signature of individual signing on behalf of debtor

                                          **Cynthia L. Morris**
                                          Printed name

                                          **President and CEO**
                                          Position or relationship to debtor

Fill in this information to identify the case:

Debtor name    **Vista Partners, Inc.**

United States Bankruptcy Court for the:    **DISTRICT OF OREGON**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **1010 Printing International Ltd No11/F E Wing, Neo Center 123 Hoi Bun Road Kwun Tong Hong Kong** | | Accounts Payable | Disputed | | | $20,887.00 |
| **American Express PO BOX 60189 City Of Industry, CA 91716-0189** | | Credit Card | | | | $181,677.63 |
| **Columbia Corrugated Box 12777 SW Tualatin-Sherwood Rd. Tualatin, OR 97062-8051** | | Accounts Payable | | | | $36,914.76 |
| **Crafter's Companion 3959 Temescal Canyon Road Corona, CA 92883** | | Accounts Payable | | | | $20,313.25 |
| **Federal Express PO Box 7221 Pasadena, CA 91109** | | Accounts Payable | | | | $14,626.38 |
| **French Paper Co PO Box 933334 Cleveland, OH 44193** | | Accounts Payable | | | | $84,216.24 |
| **Hardwoods Specialty Products US LP 2700 Lind Ave SW, Suite 100 Renton, WA 98057** | | Accounts Payable | | | | $26,796.77 |

| Debtor | **Vista Partners, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Hudson Printing 241 West 1700 South Salt Lake City, UT 84115** | | **Accounts Payable** | | | | **$15,488.52** |
| **JPMorgan Chase Card Services P O Box 94014 Palatine, IL 60094-4014** | | **Credit Card** | | | | **$19,063.73** |
| **JPMorgan Chase Card Services P O Box 94014 Palatine, IL 60094-4014** | | **Credit Card** | | | | **$17,058.56** |
| **JPMorgan Chase Card Services P O Box 94014 Palatine, IL 60094-4014** | | **Credit Card** | | | | **$72,577.05** |
| **Kaiser Permanente PO BOX 34178 Seattle, WA 98124-1178** | | **Employee Benefits** | | | | **$32,891.77** |
| **Lane County Tax Collector 125 E 8 th Ave. Eugene, OR 97401** | | **Property Taxes** | | | | **$38,155.67** |
| **Michael Dipirro c/o David R. Bush 321 S Main St., Ste. 502 Sebastopol, CA 95472-4208** | | **Allegation regarding Prop65 Violation** | **Disputed** | | | **$39,500.00** |
| **Ningbo Jiangbei Gogo Knitting 777 Lane Qingfeng, #50 Cichengo Ningbo Ningbo, China 00031-5031** | | **Accounts Payable** | | | | **$241,710.26** |
| **Royal & Langnickel Inc. 515  West 45th Street Munster, IN 46321** | | **Accounts Payable** | | | | **$24,652.92** |
| **Staffing Services Inc 2888 Crescent Avenue Eugene, OR 97408** | | **Accounts Payable** | | | | **$25,032.97** |

Debtor  **Vista Partners, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Tree Products Hardwoods PO BOX 1554 Tacoma, WA 98401-1554** | | **Accounts Payable** | | | | **$223,257.87** |
| **West Coast Paper P.O. Box 84145 Seattle, WA 98124** | | **Accounts Payable** | | | | **$28,801.00** |
| **Zultys Phone Systems 785 Lucerne Drive Sunnyvale, CA 94085** | | **Zultys Phone Systems: (60) Zultys ZIP 43G Phone receivers; (10) Zultys ZIP 45G Phone receivers; and (1) MG4/S: SIP Gateway located at 4310 W 5th Ave,** | **Contingent** | **$40,118.40** | **$3,801.00** | **$36,317.40** |

**Fill in this information to identify the case:**

Debtor name     **Vista Partners, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

---

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................    $        **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................................    $     **35,932,947.89**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................    $     **35,932,947.89**

---

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $     **1,552,415.75**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $     **40,570.45**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$     **2,058,265.77**

4.   Total liabilities ...............................................................................................................
    Lines 2 + 3a + 3b

$     **3,651,251.97**

| Fill in this information to identify the case: |
| --- |
| Debtor name **Vista Partners, Inc.** |
| United States Bankruptcy Court for the: DISTRICT OF OREGON |
| Case number (if known) |

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Oregon Pacific Bank** | **Newood Mfg. Merchant Account** | 1815 | $8,651.47 |
| 3.2. | **Oregon Pacific Bank** | **Newood Mfg. Main Account** | 6528 | $13,827.97 |
| 3.3. | **Oregon Pacific Bank** | **Vista Partners, Inc. Merchant Account** | 3561 | $7,714.34 |
| 3.4. | **Oregon Pacific Bank** | **Vista Partners Inc. Payroll Account** | 3553 | $16,474.15 |
| 3.5. | **Oregon Pacific Bank** | **Vista Partners Inc. Main Account** | 3545 | $1,749.28 |
| 3.6. | **PayPal, Inc.** | **Merchant Account** | 5P6W | $2,363.75 |

4.    **Other cash equivalents** *(Identify all)*

Debtor  **Vista Partners, Inc.**  Case number *(If known)* _____
        _____
        Name

5.     **Total of Part 1.**                                                    | **$50,780.96** |

       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ■ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**
       Description, including name of holder of deposit

       **Advance fee deposit held in client trust account at Buchalter, A Professional**
7.1.   **Corporation, any disbursement from which is subject to prior Court order** _____  $20,205.00

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
       Description, including name of holder of prepayment

8.1.   **Rental deposit for 10 N Seneca Rd, Eugene, Oregon 97402** _____  $35,000.00

8.2.   **Rental deposit for 632 Shelley Street, Springfield, Oregon 97477** _____  $25,000.00

9.     **Total of Part 2.**                                                    | **$80,205.00** |

       Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

   ☐ No.  Go to Part 4.
   ■ Yes Fill in the information below.

11.    **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | 303,300.58 | - | 0.00 | = .... | $303,300.58 |
| 11a. 90 days old or less: | 1,161,022.12 | - | 19,825.66 | = .... | $1,141,196.46 |
| 11b. Over 90 days old: | 412,584.47 | - | 357,075.93 | =.... | $55,508.54 |

12.    **Total of Part 3.**                                                    | **$1,500,005.58** |

       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

Debtor   **Vista Partners, Inc.**                                             Case number *(If known)*
         Name

---

| **Part 5:** | **Inventory, excluding agriculture assets** |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.

■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- | --- |
| 19. | **Raw materials** **Raw Materials. Debtor operates a SKU-based business and inventory is electronically and automatically updated when posted.** | **January 2025** | **$2,213,290.00** | **Replacement** | **$2,213,290.00** |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** **Finished Product, Distressed. Debtor operates a SKU-based business and inventory is electronically and automatically updated when posted.** | **January 2025** | **$2,115,125.00** | **Liquidation** | **$2,115,125.00** |
| 22. | **Other inventory or supplies** **Finished Product, Healthy Shelf Stock. Debtor operates a SKU-based business and inventory is electronically and automatically updated when posted.** | **January 2025** | **$3,502,641.00** | **Replacement** | **$3,502,641.00** |
| | **Supplies** | **February 2025** | **$284,002.00** | **Replacement** | **$284,002.00** |

| 23. | **Total of Part 5.** | **$8,115,058.00** |
| --- | --- | --- |
| | Add lines 19 through 22.  Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**

■ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No

☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No

Debtor    **Vista Partners, Inc.**                                    Case number *(If known)* _____
_____
Name

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> **Office furniture** | **$19,801.20** | **NBV** | **$19,801.20** |
| 40. **Office fixtures** <br> **Office fixtures** | **$51,747.12** | **NBV** | **$51,747.12** |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> **Office equipment - Rooftop Solar Panel Installation** | **$300,000.00** | **NBV** | **$300,000.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                                                          | **$371,548.32** |
Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description <br> Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

Debtor    **Vista Partners, Inc.**        Case number *(If known)* _____
     Name

| | | | | |
|---|---|---|---|---|
| 47.1. | **1988 Stricker Semi Trailer, good condition** | $2,250.00 | NBV | $2,250.00 |
| 47.2. | **1994 Chevrolet PK, Model C/K 2500, VIN 1GCFK29K7RE284425; 398,493 miles; good condition** | $4,227.00 | NBV | $4,227.00 |
| 47.3. | **1999 TMCI trailer, VIN 109FS202XXP283006** | $7,000.00 | NBV | $7,000.00 |
| 47.4. | **2005 Lexus RS, VIN 2T2HA31U95C076022; 188,364 miles; good condition** | $2,536.00 | NBV | $2,536.00 |
| 47.5. | **2011 Toyota Camry, VIN 4T1BDF3EK2BU629396; 182,927 miles; fair condition** | $5,500.00 | NBV | $5,500.00 |
| 47.6. | **2000 GMC Yukon, VIN 3GKFK15T9YG200883; 274,950 miles; fair condition and needs a new transmission; acquired for $1.00** | $1.00 | Comparable sale | $2,244.00 |
| 47.7. | **1995 Toyota pickup, VIN 4TARN81A0SZ319195; 99,660 miles; poor condition** | $1,000.00 | NBV | $1,000.00 |
| 47.8. | **1992 GMC Vandura (Cutaway), VIN 2GDGG31K4N4500485; 154,283 miles; fair condition** | $2,300.00 | NBV | $2,300.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

| | | | | |
|---|---|---|---|---|
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **Newood Mfg. equipment financed under the May 1, 2022, Promissory Note secured by a Security Agreement of even date** | $970,885.00 | Appr. May 2022 | $970,885.00 |
| | **Zultys Phone Systems: (60) Zultys ZIP 43G Phone receivers; (10) Zultys ZIP 45G Phone receivers; and (1) MG4/S: SIP Gateway located at 4310 W 5th Ave, Eugene, OR 97402** | $3,801.00 | NBV | $3,801.00 |
| | **(1) Weinig Unicut S Machine, SN: D.8723.44; (1) Laguna HSD Smartshop 5x10 CNC Router, SN: 33658-2; and (1) Castaly TRS-5114 Gang Rip Saw, SN: MJ20100901** | $73,086.00 | Comparable sale | $91,388.59 |

Debtor    **Vista Partners, Inc.**                                Case number *(If known)* _____
Name

| | | | |
|---|---|---|---|
| **Equipment financed by Kelley Connect under account no. 7006 (1) Brother Printer; HL-L6400DW; U64185F1N346148; (2) Brother Printer; HL-L6400DW; U64185F1N346179; and (3) Xerox Production Cut-Sheet; D95; BG2483076** | **$10,419.00** | NBV | **$10,419.00** |
| **Equipment financed by Kelley Connect under account no. 7007: Plockmatic Copier; Powersquare 224; WAPSQ1576** | **$108,073.68** | NBV | **$108,073.68** |
| **Equipment financed by Kelley Connect under account no. 7008: (1) Toshiba Copier; e-STUDIO4528A; CTEM11231; (2) Xerox Production Cut-Sheet; XC9065; DQP140412; and (3) Toshiba Copier; e-STUDIO4528A; CTEM11177** | **$28,458.00** | NBV | **$28,458.00** |
| **Equipment financed by Kelley Connect under account no. 9000: Xerox Production Cut-Sheet; IR120; 7AE212504** | **$146,867.76** | NBV | **$146,867.76** |
| **Equipment financed by Kelley Connect under account no. 7003: Toshiba Copier; e-STUDIO4518A; CZAL68535** | **$3,184.00** | NBV | **$3,184.00** |
| **Equipment financed by Kelley Connect under account no. 7004: Toshiba Copier; Copier; e-STUDIO4518A; CZAL68529** | **$4,158.00** | NBV | **$4,158.00** |
| **Equipment financed by Kelley Connect under account no. 7005: HP Wide Format; Z9+44-in; CN19KFK00J** | **$2,265.00** | NBV | **$2,265.00** |

51.    **Total of Part 8.**                                                                  | **$1,396,557.03** |

Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

Debtor **Vista Partners, Inc.**         Case number *(If known)* _____
    Name

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **Trademark: Paper Diner (IC 016); US Serial No. 88568512; US Reg. No. 6284058** | **$0.00** | | **Unknown** |
| **Trademark: Newood (IC 020:); US Serial No. 97408058; US Reg. No. Pending** | **$0.00** | | **Unknown** |
| **Trademark: Paper Cafe Cardstock & More (IC 016); US Serial No. 88429355; US Reg. No. 6065648** | **$0.00** | | **Unknown** |
| **Trademark: Accent Design Paper Accents (IC 016: ); US Serial No. 97499098; US Reg. No. 7086832** | **$0.00** | | **Unknown** |
| **Trademark: Art Advantage (IC 002); US Serial No. 78919075 ; US Reg. No. 3600396** | **$0.00** | | **Unknown** |
| **Trademark: Art Advantage (IC 016); US Serial No. 78919186; US Reg. No. 3514302** | **$0.00** | | **Unknown** |
| **Trademark: Connoisseur (IC 016); US Serial No. 77113558 ; US Reg. No. 3434044** | **$0.00** | | **Unknown** |
| **Trademark: Art Advantage (IC 020); US Serial No. 78919193; US Reg. No. 3295708** | **$0.00** | | **Unknown** |
| **Trademark: Pro Art (IC 016); US Serial No. 88284706; US Reg. No. 5882749** | **$0.00** | | **Unknown** |
| **Trademark: Art Advantage (IC 008); US Serial No. 78919101; US Reg. No. 3604500** | **$0.00** | | **Unknown** |
| **Trademark: CHEEP! (IC 002); US Serial No. 86657739; US Reg. No. 4885733** | **$0.00** | | **Unknown** |
| **Trademark: PRO ART ART ART (IC 016); US Serial No. 73647613; US Reg. No. 1576307** | **$0.00** | | **Unknown** |
| 61. **Internet domain names and websites** **https://www.pa-dist.com** | **Unknown** | | **Unknown** |

Debtor      **Vista Partners, Inc.**                                    Case number *(If known)* _____
            Name

      **https://www.newood.com**                              Unknown                              Unknown

| 62. | Licenses, franchises, and royalties<br>**Veeam Backup Essentials Universal License (1 year)** | Unknown | $3,568.00 |
|---|---|---|---|

63.   **Customer lists, mailing lists, or other compilations**

64.   **Other intangibles, or intellectual property**

65.   **Goodwill**
      **Goodwill: As acquired in Debtor's 2022 purchase of Newood Mfg.**                Unknown                              Unknown

| 66. | Total of Part 10.<br>Add lines 60 through 65. Copy the total to line 89. | $3,568.00 |
|---|---|---|

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
      ■ No
      ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ■ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 11:**   **All other assets**

70.   **Does the debtor own any other assets that have not yet been reported on this form?**
      Include all interests in executory contracts and unexpired leases not previously reported on this form.

      ☐ No.  Go to Part 12.
      ■ Yes Fill in the information below.

                                                                                    Current value of
                                                                                    debtor's interest

71.   **Notes receivable**
      Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Debtor    **Vista Partners, Inc.**                                    Case number *(If known)* _____
          Name

**Paid-in capital from Cynthia L. Morris through
02/27/2025**                                                                          $24,415,225.00

78.    **Total of Part 11.**                                                          | $24,415,225.00 |

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor    **Vista Partners, Inc.**                                    Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$50,780.96** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$80,205.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$1,500,005.58** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$8,115,058.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$371,548.32** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$1,396,557.03** | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$3,568.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$24,415,225.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$35,932,947.89** | + 91b. **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$35,932,947.89** |

Fill in this information to identify the case:

Debtor name **Vista Partners, Inc.**

United States Bankruptcy Court for the: DISTRICT OF OREGON

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:      List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

| 2.1 | **Bank of the West** | Describe debtor's property that is subject to a lien | $85,427.17 | $91,388.59 |
|---|---|---|---|---|

Creditor's Name

**1625 W Fountainhead Pkwy
AZ-FTN-10C-A
Tempe, AZ 85285**

Creditor's mailing address

**(1) Weinig Unicut S Machine, SN: D.8723.44; (1) Laguna HSD Smartshop 5x10 CNC Router, SN: 33658-2; and (1) Castaly TRS-5114 Gang Rip Saw, SN: MJ20100901**

Describe the lien
**Equipment Finance and Lease Agreement**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**07-28-2021**
Last 4 digits of account number
**9001**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Dorman Construction, Inc.** | Describe debtor's property that is subject to a lien | $296,581.62 | $970,885.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Steven D. Dorman, Registered Agent
303 S 5th St., Ste. 135
Springfield, OR 97477**

Creditor's mailing address

**Newood Mfg. equipment financed under the May 1, 2022, Promissory Note secured by a Security Agreement of even date**

Describe the lien
**Security Agreement**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**May 2022**
Last 4 digits of account number
**N/A**

**Debtor**   **Vista Partners, Inc.**
_____    Case number _(if known)_ _____

Name

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Ouiby Inc., d/b/a Kickfurther** | | |
|---|---|---|---|

Creditor's Name

**Seneca 1 Tower**
**24th Floor**
**Buffalo, NY 14203**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Consignment Inventory, Agreement No. 13173 (Co-Op 13): (14,730 units) 18" Wood Crates**                    $476,145.99          Unknown

**Describe the lien**
**Purchase Money Security Pursuant to Consignment Agreement**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**06/07/2024**

☐ No
■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Last 4 digits of account number**
**3173**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.4 | **Ouiby Inc., d/b/a Kickfurther** | | |
|---|---|---|---|

Creditor's Name

**PO Box 21584**
**Boulder, CO 80308-4584**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Consignment Inventory, Agreement No. 13172 (Co-Op 14): (200,000 units) Diamond Art Kits**                    $604,968.70          Unknown

**Describe the lien**
**Purchase Money Security Pursuant to Consignment Agreement**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**10/02/2024**

☐ No
■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Last 4 digits of account number**
**3172**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.5 | **Wells Fargo Financial Services** | | |
|---|---|---|---|

**Describe debtor's property that is subject to a lien**                    $3,409.50          $10,419.00

---

| Debtor | **Vista Partners, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Creditor's Name | Equipment financed by Kelley Connect under account no. 7006 (1) Brother Printer; HL-L6400DW; U64185F1N346148; (2) Brother Printer; HL-L6400DW; U64185F1N346179; and (3) Xerox Production Cut-Sheet; D95; BG2483076 |
|---|---|

**PO BOX 030310
Los Angeles, CA
90030-0310**

Creditor's mailing address

Describe the lien
**Equipment Finance and Lease Agreement**
Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
02/16/2022
Last 4 digits of account number
7006**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.6 | **Wells Fargo Financial Services** | Describe debtor's property that is subject to a lien | $13,131.43 | $108,073.68 |
|---|---|---|---|---|

Creditor's Name

Equipment financed by Kelley Connect under account no. 7007: Plockmatic Copier; Powersquare 224; WAPSQ1576

**PO BOX 030310
Los Angeles, CA
90030-0310**

Creditor's mailing address

Describe the lien
**Equipment Finance and Lease Agreement**
Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
06/16/2022
Last 4 digits of account number
7007**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**

☑ Contingent
☐ Unliquidated
☐ Disputed

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.7 | **Wells Fargo Financial Services** | Describe debtor's property that is subject to a lien | $6,619.63 | $28,458.00 |
|---|---|---|---|---|

Creditor's Name

Equipment financed by Kelley Connect under account no. 7008: (1) Toshiba Copier; e-STUDIO4528A; CTEM11231; (2) Xerox Production Cut-Sheet; XC9065; DQP140412; and (3) Toshiba Copier; e-STUDIO4528A; CTEM11177

**PO BOX 030310
Los Angeles, CA
90030-0310**

Creditor's mailing address

Describe the lien
**Equipment Finance and Lease Agreement**

Debtor  **Vista Partners, Inc.**
_____
Name

Case number (if known) _____

_____
Creditor's email address, if known

**Date debt was incurred**
**09/28/2022**
**Last 4 digits of account number**
**7008**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Wells Fargo Financial Services** | Describe debtor's property that is subject to a lien | $22,819.18 | $146,867.76 |
|---|---|---|---|---|

Creditor's Name

**PO BOX 030310**
**Los Angeles, CA**
**90030-0310**
Creditor's mailing address

**Equipment financed by Kelley Connect under account no. 9000: Xerox Production Cut-Sheet; IR120; 7AE212504**

**Describe the lien**
**Equipment Finance and Lease Agreement**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

_____
Creditor's email address, if known

**Date debt was incurred**
**06/04/2023**
**Last 4 digits of account number**
**9000**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Wells Fargo Financial Services** | Describe debtor's property that is subject to a lien | $1,365.64 | $3,184.00 |
|---|---|---|---|---|

Creditor's Name

**PO BOX 030310**
**Los Angeles, CA**
**90030-0310**
Creditor's mailing address

**Equipment financed by Kelley Connect under account no. 7003: Toshiba Copier; e-STUDIO4518A; CZAL68535**

**Describe the lien**
**Equipment Finance and Lease Agreement**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

_____
Creditor's email address, if known

**Date debt was incurred**
**04/15/2021**
**Last 4 digits of account number**
**7003**
**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 4 of 7

| Debtor | **Vista Partners, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 0 | **Wells Fargo Financial Services** | **Describe debtor's property that is subject to a lien** | $1,214.19 | $4,158.00 |
|---|---|---|---|---|
| | Creditor's Name | **Equipment financed by Kelley Connect under account no. 7004: Toshiba Copier; Copier; e-STUDIO4518A; CZAL68529** | | |

**PO BOX 030310
Los Angeles, CA
90030-0310**

Creditor's mailing address

**Describe the lien**

**Equipment Finance and Lease Agreement**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**09/29/2021**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**7004**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **Wells Fargo Financial Services** | **Describe debtor's property that is subject to a lien** | $614.30 | $2,265.00 |
|---|---|---|---|---|
| | Creditor's Name | **Equipment financed by Kelley Connect under account no. 7005: HP Wide Format; Z9+44-in; CN19KFK00J** | | |

**PO BOX 030310
Los Angeles, CA
90030-0310**

Creditor's mailing address

**Describe the lien**

**Equipment Finance and Lease Agreement**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**02/01/2022**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**7005**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **Zultys Phone Systems** | **Describe debtor's property that is subject to a lien** | $40,118.40 | $3,801.00 |
|---|---|---|---|---|

---

Debtor **Vista Partners, Inc.**

_____        Case number (if known) _____
Name

Creditor's Name _____        Zultys Phone Systems: (60) Zultys ZIP 43G
                                                        Phone receivers; (10) Zultys ZIP 45G Phone
                                                        receivers; and (1) MG4/S: SIP Gateway
**785 Lucerne Drive**                                   located at 4310 W 5th Ave, Eugene, OR 97402
**Sunnyvale, CA 94085**

Creditor's mailing address                              **Describe the lien**
                                                        **Equipment and Services Agreement**
                                                        Is the creditor an insider or related party?

                                                        ■ No
Creditor's email address, if known                      ☐ Yes
                                                        Is anyone else liable on this claim?

**Date debt was incurred**                              ■ No
                                                        ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**Petersen Arne**

Do multiple creditors have an                           As of the petition filing date, the claim is:
interest in the same property?                          Check all that apply

■ No                                                    ■ Contingent
☐ Yes. Specify each creditor,                            ☐ Unliquidated
including this creditor and its relative                 ☐ Disputed
priority.

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   | **$1,552,415.7** |
                                                                                                                 | **5** |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Kelley Connect**<br>**22710 72nd Ave S**<br>**Kent, WA 98032-1926** | Line _2.6_ | **7008** |
| **Kelley Connect**<br>**22710 72nd Ave S**<br>**Kent, WA 98032-1926** | Line _2.7_ | **7008** |
| **Kelley Connect**<br>**22710 72nd Ave S**<br>**Kent, WA 98032-1926** | Line _2.8_ | **9000** |
| **Kelley Connect**<br>**22710 72nd Ave S**<br>**Kent, WA 98032-1926** | Line _2.9_ | **7003** |
| **Kelley Connect**<br>**22710 72nd Ave S**<br>**Kent, WA 98032-1926** | Line _2.10_ | **7004** |
| **Kelley Connect**<br>**22710 72nd Ave S**<br>**Kent, WA 98032-1926** | Line _2.11_ | **7005** |
| **Kickfurther**<br>**Seneca 1 Tower**<br>**24th Floor**<br>**Buffalo, NY 14203** | Line _2.4_ | |

| Debtor | **Vista Partners, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **Ouiby Inc., dba Kickfurther**<br>**PO Box 21584**<br>**Boulder, CO 80308-4584** | Line **2.3** | |
| **Wells Fargo Financial Services**<br>**c/o Corporation Service Company**<br>**1127 Broadway Street NE, Suite 310**<br>**Salem, OR 97301** | Line **2.5** | **7006** |
| **Wells Fargo Financial Services**<br>**c/o Corporation Service Company**<br>**1127 Broadway Street NE, Suite 310**<br>**Salem, OR 97301** | Line **2.6** | **7007** |
| **Wells Fargo Financial Services**<br>**c/o Corporation Service Company**<br>**1127 Broadway Street NE, Suite 310**<br>**Salem, OR 97301** | Line **2.7** | **7008** |
| **Wells Fargo Financial Services**<br>**c/o Corporation Service Company**<br>**1127 Broadway Street NE, Suite 310**<br>**Salem, OR 97301** | Line **2.8** | **9000** |
| **Wells Fargo Financial Services**<br>**c/o Corporation Service Company**<br>**1127 Broadway Street NE, Suite 310**<br>**Salem, OR 97301** | Line **2.9** | **7003** |
| **Wells Fargo Financial Services**<br>**c/o Corporation Service Company**<br>**1127 Broadway Street NE, Suite 310**<br>**Salem, OR 97301** | Line **2.10** | **7004** |
| **Wells Fargo Financial Services**<br>**c/o Corporation Service Company**<br>**1127 Broadway Street NE, Suite 310**<br>**Salem, OR 97301** | Line **2.11** | **7005** |

**Fill in this information to identify the case:**

Debtor name    **Vista Partners, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF OREGON

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.1**   Priority creditor's name and mailing address      As of the petition filing date, the claim is:      **Unknown**      **Unknown**

**CA Dept. of Tax and Fee Admin.**
**Account Information Group,**
**MIC:29**
**P.O. Box 942879**
**Sacramento, CA 94279-0029**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number      Is the claim subject to offset?

Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)    ☐ Yes

---

**2.2**   Priority creditor's name and mailing address      As of the petition filing date, the claim is:      **Unknown**      **Unknown**

**Internal Revenue Service**
**Centralized Insolvency Operation**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number      Is the claim subject to offset?

Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)    ☐ Yes

Debtor **Vista Partners, Inc.**                                Case number *(if known)*
     Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38,155.67 | $38,155.67 |
|---|---|---|---|---|

**Lane County Tax Collector**
**125 E 8 th Ave.**
**Eugene, OR 97401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Property Taxes**

Last 4 digits of account number **0350**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,414.78 | $2,414.78 |
|---|---|---|---|---|

**Lane County Tax Collector**
**125 E 8 th Ave.**
**Eugene, OR 97401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Property Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Oregon Department of Revenue**
**955 Center Street NE**
**Salem, OR 97301-2555**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Texas Comptroller of Public**
**Accounts**
**P.O. Box 13528, Capitol Station**
**Austin, TX 78711-3528**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

Debtor    **Vista Partners, Inc.**                                          Case number *(if known)* _____
          Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **Unknown** |

2.7    Priority creditor's name and mailing address

**Washington State Department of Revenue**
**Attn: Bankruptcy Unit**
**2104 4th Ave, Suite 1400**
**Seattle, WA 98121**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:        **Unknown    Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
☒ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,887.00** |

**1010 Printing International Ltd**
**No11/F E Wing, Neo Center**
**123 Hoi Bun Road**
**Kwun Tong**
**Hong Kong**

Date(s) debt was incurred  _
Last 4 digits of account number  **0980**

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,891.64** |

**1467118 Ontario Inc. dba Stuff4Crafts**
**20 Quiet Heights Lane**
**Keswick, Ontario**
**Canada**
**L4P 3C8**

Date(s) debt was incurred  _
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Outstanding Commission**

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,514.47** |

**3M Company**
**PO BOX 844127**
**Dallas, TX 75284-4127**

Date(s) debt was incurred  _
Last 4 digits of account number  **1607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,114.16** |

**Ackfeld Manufacturing**
**P O Box 539**
**Reeds Spring, MO 65737**

Date(s) debt was incurred  _
Last 4 digits of account number  **1019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,623.44** |

**Allary Corporation**
**P.O. Box 693**
**Livingston, NJ 07039**

Date(s) debt was incurred  _
Last 4 digits of account number  **2050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset?  ☒ No   ☐ Yes

---

Debtor   **Vista Partners, Inc.**
_____
         Name

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$687.00** |
|---|---|---|---|

**Alpine Heating LLC**
**4747 W 11th Ave**
**Eugene, Or 97402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **0268**

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$2,190.94** |
|---|---|---|---|

**Altech Finishes**
**230 S. Danebo**
**Box 21327**
**Eugene, OR 97402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **Unknown**

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$181,677.63** |
|---|---|---|---|

**American Express**
**PO BOX 60189**
**City Of Industry, CA 91716-0189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **1003**

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$2,655.00** |
|---|---|---|---|

**Amodex Products Inc.**
**PO Box 3332**
**Bridgeport, CT 06605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **1689**

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$12,916.80** |
|---|---|---|---|

**Annie's Attic**
**Attn: Finance Dept**
**306 East Parr Road**
**Berne, IN 46711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **2065**

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Aquaphoenix Scientific**
**960 Gitts Run Rd**
**Hanover, PA 17331**

☒ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice only**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$8,148.91** |
|---|---|---|---|

**ARC Document Solutions, LLC**
**515 W. 45th Street**
**Munster, IN 46321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **1908**

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | **Vista Partners, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,286.88** |
|---|---|---|---|

**Art Gone Wild & Friends**
**3110 Payne Avenue**
**Cleveland, OH 44114**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Accounts Payable__

**Last 4 digits of account number  1877**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Art Spot**

**408 Main Street**
**Edmonds, WA 98020**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Notice only__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$754.40** |
|---|---|---|---|

**AT&T Bankruptcy Center**
**2270 Lakeside Blvd**
**7th Floor**
**Richardson, TX 75082**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Utilities: Phone__

**Last 4 digits of account number  7055**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$936.83** |
|---|---|---|---|

**Automotive Paint & Industrial**
**6116 Powers Street**
**Eugene, OR 97402**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Accounts Payable__

**Last 4 digits of account number  Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,946.44** |
|---|---|---|---|

**Bar Charts**
**6000 Park of Commerce Blvd**
**Suite D**
**Boca Raton, FL 33487**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Accounts Payable__

**Last 4 digits of account number  1913**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,021.04** |
|---|---|---|---|

**Blumberg Company**
**65 Walnut Street**
**Peabody, MA 01960**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Accounts Payable__

**Last 4 digits of account number  1911**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,234.72** |
|---|---|---|---|

**Bosal**
**P.O.Box489**
**Limerick, ME 04048**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Accounts Payable__

**Last 4 digits of account number  1853**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Vista Partners, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,432.00** |
|---|---|---|---|
| | **Capstone Publishers**<br>**P.O Box 776866**<br>**Chicago, Il 60677-6866** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  **0068** | Basis for the claim:  **Accounts Payable** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,258.05** |
|---|---|---|---|
| | **Chartpak**<br>**P.O.Box 712119**<br>**Philadelphia, PA 19171-2119** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  **5043** | Basis for the claim:  **Accounts Payable** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,987.12** |
|---|---|---|---|
| | **Clear Bags**<br>**PO Box 931118**<br>**Atlanta, GA 31193-1118** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  **1394** | Basis for the claim:  **Accounts Payable** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,845.02** |
|---|---|---|---|
| | **Colonial Patterns Inc.**<br>**340 W 5th St.**<br>**Kansas City, MO 64105** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  **6020** | Basis for the claim:  **Accounts Payable** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$36,914.76** |
|---|---|---|---|
| | **Columbia Corrugated Box**<br>**12777 SW Tualatin-Sherwood Rd.**<br>**Tualatin, OR 97062-8051** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  **1618** | Basis for the claim:  **Accounts Payable** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,056.14** |
|---|---|---|---|
| | **Columbia Corrugated Box**<br>**12777 SW Tualatin-Sherwood Rd.**<br>**Tualatin, OR 97062-8051** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  **Unknown** | Basis for the claim:  **Accounts Payable** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,502.30** |
|---|---|---|---|
| | **Columbia Two, Inc.**<br>**1515 East Burnside**<br>**Portland, OR 97214** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  **1486** | Basis for the claim:  **Accounts Payable** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **Vista Partners, Inc.**
_____   Case number *(if known)* _____
　　　　　Name

| | | |
|---|---|---|
| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $1,773.17 |

**Comcast**
**PO BOX 8587**
**Philadelphia, PA 19101-0601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **1164**

**Basis for the claim:** **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $20,313.25 |

**Crafter's Companion**
**3959 Temescal Canyon Road**
**Corona, CA 92883**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **6087**

**Basis for the claim:** **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $4,086.20 |

**EB Bradley**
**4465 NE 105th Court**
**Building A**
**Portland, OR 97230**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **Unknown**

**Basis for the claim:** **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $950.06 |

**Edgebanding Services**
**2247 Commerce Place**
**Hayward, CA 94545**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **Unknown**

**Basis for the claim:** **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $910.64 |

**Employee 1**
**Address Redacted**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $833.45 |

**Employee 10**
**Address Redacted**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $1,191.02 |

**Employee 100**
**Address Redacted**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Vista Partners, Inc.**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Employee 101**
**Address Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No ☐ Yes

**$1,009.46**

---

| | | |
|---|---|---|
| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Employee 102**
**Address Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No ☐ Yes

**$880.84**

---

| | | |
|---|---|---|
| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Employee 103**
**Address Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No ☐ Yes

**$2,213.74**

---

| | | |
|---|---|---|
| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Employee 104**
**Address Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No ☐ Yes

**$3,726.41**

---

| | | |
|---|---|---|
| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Employee 105**
**Address Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No ☐ Yes

**$1,027.00**

---

| | | |
|---|---|---|
| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Employee 106**
**Address Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No ☐ Yes

**$1,172.64**

---

| | | |
|---|---|---|
| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Employee 107**
**Address Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No ☐ Yes

**$1,115.63**

Debtor **Vista Partners, Inc.**
_____
Name

Case number (if known) _____

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$824.96** |
|---|---|---|---|

**Employee 108**
**Address Redacted**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages/PTO/Accrued Sick Time__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,394.34** |
|---|---|---|---|

**Employee 109**
**Address Redacted**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages/PTO/Accrued Sick Time__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$813.24** |
|---|---|---|---|

**Employee 11**
**Address Redacted**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages/PTO/Accrued Sick Time__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,066.92** |
|---|---|---|---|

**Employee 110**
**Address Redacted**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages/PTO/Accrued Sick Time__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,642.99** |
|---|---|---|---|

**Employee 111**
**Address Redacted**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages/PTO/Accrued Sick Time__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$944.49** |
|---|---|---|---|

**Employee 112**
**Address Redacted**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages/PTO/Accrued Sick Time__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,381.76** |
|---|---|---|---|

**Employee 113**
**Address Redacted**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Wages/PTO/Accrued Sick Time__

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Vista Partners, Inc.**
_____
Name

Case number (if known) _____

| 3.48 | Nonpriority creditor's name and mailing address<br>**Employee 114**<br>**Address Redacted**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Wages/PTO/Accrued Sick Time**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,070.18** |
|---|---|---|

| 3.49 | Nonpriority creditor's name and mailing address<br>**Employee 115**<br>**Address Redacted**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Wages/PTO/Accrued Sick Time**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$784.64** |
|---|---|---|

| 3.50 | Nonpriority creditor's name and mailing address<br>**Employee 116**<br>**Address Redacted**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Wages/PTO/Accrued Sick Time**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,379.81** |
|---|---|---|

| 3.51 | Nonpriority creditor's name and mailing address<br>**Employee 117**<br>**Address Redacted**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Wages/PTO/Accrued Sick Time**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,225.89** |
|---|---|---|

| 3.52 | Nonpriority creditor's name and mailing address<br>**Employee 118**<br>**Address Redacted**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Wages/PTO/Accrued Sick Time**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,120.21** |
|---|---|---|

| 3.53 | Nonpriority creditor's name and mailing address<br>**Employee 119**<br>**Address Redacted**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Wages/PTO/Accrued Sick Time**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$412.24** |
|---|---|---|

| 3.54 | Nonpriority creditor's name and mailing address<br>**Employee 12**<br>**Address Redacted**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Wages/PTO/Accrued Sick Time**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,168.02** |
|---|---|---|

| Debtor | **Vista Partners, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,042.48** |
|---|---|---|---|

**Employee 120**
**Address Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,457.70** |
|---|---|---|---|

**Employee 121**
**Address Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,012.58** |
|---|---|---|---|

**Employee 122**
**Address Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$816.51** |
|---|---|---|---|

**Employee 123**
**Address Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,849.66** |
|---|---|---|---|

**Employee 124**
**Address Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$746.47** |
|---|---|---|---|

**Employee 125**
**Address Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,125.99** |
|---|---|---|---|

**Employee 126**
**Address Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Vista Partners, Inc.**    Case number *(if known)* _____
          _____
          Name

| | | |
|---|---|---|
| 3.62 | **Nonpriority creditor's name and mailing address** | **$931.80** |

**Employee 127**
**Address Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.63 | **Nonpriority creditor's name and mailing address** | **$1,843.87** |

**Employee 13**
**Address Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.64 | **Nonpriority creditor's name and mailing address** | **$488.31** |

**Employee 14**
**Address Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.65 | **Nonpriority creditor's name and mailing address** | **$1,105.95** |

**Employee 16**
**Address Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.66 | **Nonpriority creditor's name and mailing address** | **$3,412.63** |

**Employee 17**
**Address Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.67 | **Nonpriority creditor's name and mailing address** | **$1,518.23** |

**Employee 18**
**Address Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.68 | **Nonpriority creditor's name and mailing address** | **$2,682.90** |

**Employee 19**
**Address Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Vista Partners, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.69** | Nonpriority creditor's name and mailing address
**Employee 2**
**Address Redacted**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ☒ No ☐ Yes

**$1,939.17**

---

**3.70** | Nonpriority creditor's name and mailing address
**Employee 20**
**Address Redacted**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ☒ No ☐ Yes

**$1,283.78**

---

**3.71** | Nonpriority creditor's name and mailing address
**Employee 21**
**Address Redacted**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ☒ No ☐ Yes

**$440.14**

---

**3.72** | Nonpriority creditor's name and mailing address
**Employee 22**
**Address Redacted**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ☒ No ☐ Yes

**$703.92**

---

**3.73** | Nonpriority creditor's name and mailing address
**Employee 23**
**Address Redacted**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ☒ No ☐ Yes

**$1,019.93**

---

**3.74** | Nonpriority creditor's name and mailing address
**Employee 24**
**Address Redacted**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ☒ No ☐ Yes

**$703.00**

---

**3.75** | Nonpriority creditor's name and mailing address
**Employee 25**
**Address Redacted**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ☒ No ☐ Yes

**$412.08**

---

Debtor    **Vista Partners, Inc.**
_____    Case number *(if known)* _____
            Name

| | | |
|---|---|---|
| 3.76 | **Nonpriority creditor's name and mailing address** | $712.10 |

**Employee 26**
**Address Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.77 | **Nonpriority creditor's name and mailing address** | $869.04 |

**Employee 27**
**Address Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.78 | **Nonpriority creditor's name and mailing address** | $883.07 |

**Employee 28**
**Address Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.79 | **Nonpriority creditor's name and mailing address** | $675.90 |

**Employee 29**
**Address Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.80 | **Nonpriority creditor's name and mailing address** | $731.93 |

**Employee 29**
**Address Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.81 | **Nonpriority creditor's name and mailing address** | $242.44 |

**Employee 31**
**Address Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.82 | **Nonpriority creditor's name and mailing address** | $407.66 |

**Employee 32**
**Address Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Vista Partners, Inc.**
_____
  Name

Case number *(if known)* _____

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $755.77 |

**Nonpriority creditor's name and mailing address**
**Employee 33**
**Address Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ☑ No  ☐ Yes

**$755.77**

---

| 3.84 |

**Nonpriority creditor's name and mailing address**
**Employee 34**
**Address Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ☑ No  ☐ Yes

**$914.21**

---

| 3.85 |

**Nonpriority creditor's name and mailing address**
**Employee 35**
**Address Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ☑ No  ☐ Yes

**$479.79**

---

| 3.86 |

**Nonpriority creditor's name and mailing address**
**Employee 36**
**Address Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ☑ No  ☐ Yes

**$1,308.69**

---

| 3.87 |

**Nonpriority creditor's name and mailing address**
**Employee 37**
**Address Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ☑ No  ☐ Yes

**$1,708.90**

---

| 3.88 |

**Nonpriority creditor's name and mailing address**
**Employee 38**
**Address Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ☑ No  ☐ Yes

**$478.33**

---

| 3.89 |

**Nonpriority creditor's name and mailing address**
**Employee 39**
**Address Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ☑ No  ☐ Yes

**$1,396.59**

---

Debtor    **Vista Partners, Inc.**                                    Case number (if known) _____
_____
Name

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,166.66** |
|---|---|---|---|

**Employee 4**
**Address Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$668.31** |
|---|---|---|---|

**Employee 40**
**Address Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,771.16** |
|---|---|---|---|

**Employee 41**
**Address Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$879.86** |
|---|---|---|---|

**Employee 42**
**Address Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$428.64** |
|---|---|---|---|

**Employee 43**
**Address Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$264.35** |
|---|---|---|---|

**Employee 44**
**Address Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,119.91** |
|---|---|---|---|

**Employee 45**
**Address Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Vista Partners, Inc.**
_____    Case number _(if known)_  _____
Name

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $677.17 |
|---|---|---|---|

**Employee 46**
**Address Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $957.48 |
|---|---|---|---|

**Employee 47**
**Address Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,089.72 |
|---|---|---|---|

**Employee 48**
**Address Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $5,680.96 |
|---|---|---|---|

**Employee 49**
**Address Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $539.95 |
|---|---|---|---|

**Employee 5**
**Address Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $2,332.81 |
|---|---|---|---|

**Employee 50**
**Address Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $4,892.97 |
|---|---|---|---|

**Employee 51**
**Address Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Vista Partners, Inc.** _____  Case number *(if known)* _____
Name

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,459.00** |
|---|---|---|---|

**Employee 52**
**Address Redacted**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,828.53** |
|---|---|---|---|

**Employee 53**
**Address Redacted**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,465.62** |
|---|---|---|---|

**Employee 54**
**Address Redacted**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,483.98** |
|---|---|---|---|

**Employee 55**
**Address Redacted**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$898.53** |
|---|---|---|---|

**Employee 56**
**Address Redacted**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$607.78** |
|---|---|---|---|

**Employee 57**
**Address Redacted**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$399.33** |
|---|---|---|---|

**Employee 58**
**Address Redacted**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Vista Partners, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,075.11** |
|---|---|---|---|

**Employee 59**
**Address Redacted**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$616.23** |
|---|---|---|---|

**Employee 6**
**Address Redacted**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$225.31** |
|---|---|---|---|

**Employee 60**
**Address Redacted**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,276.20** |
|---|---|---|---|

**Employee 61**
**Address Redacted**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,799.28** |
|---|---|---|---|

**Employee 62**
**Address Redacted**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,515.57** |
|---|---|---|---|

**Employee 63**
**Address Redacted**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$352.92** |
|---|---|---|---|

**Employee 64**
**Address Redacted**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Vista Partners, Inc.**                                    Case number *(if known)* _____
_____
Name

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,720.55 |
|---|---|---|---|

**Employee 65**
**Address Redacted**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No ☐ Yes

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $514.62 |
|---|---|---|---|

**Employee 66**
**Address Redacted**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No ☐ Yes

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,319.98 |
|---|---|---|---|

**Employee 67**
**Address Redacted**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No ☐ Yes

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,342.91 |
|---|---|---|---|

**Employee 68**
**Address Redacted**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No ☐ Yes

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,751.41 |
|---|---|---|---|

**Employee 69**
**Address Redacted**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No ☐ Yes

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,315.56 |
|---|---|---|---|

**Employee 7**
**Address Redacted**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No ☐ Yes

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $745.75 |
|---|---|---|---|

**Employee 70**
**Address Redacted**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Vista Partners, Inc.**
_____
    Name

Case number *(if known)* _____

| 3.125 | Nonpriority creditor's name and mailing address<br>**Employee 71**<br>**Address Redacted**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Wages/PTO/Accrued Sick Time**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$432.93** |

| 3.126 | Nonpriority creditor's name and mailing address<br>**Employee 72**<br>**Address Redacted**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Wages/PTO/Accrued Sick Time**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,562.48** |

| 3.127 | Nonpriority creditor's name and mailing address<br>**Employee 73**<br>**Address Redacted**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Wages/PTO/Accrued Sick Time**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,920.40** |

| 3.128 | Nonpriority creditor's name and mailing address<br>**Employee 74**<br>**Address Redacted**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Wages/PTO/Accrued Sick Time**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,257.83** |

| 3.129 | Nonpriority creditor's name and mailing address<br>**Employee 75**<br>**Address Redacted**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Wages/PTO/Accrued Sick Time**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,416.82** |

| 3.130 | Nonpriority creditor's name and mailing address<br>**Employee 76**<br>**Address Redacted**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Wages/PTO/Accrued Sick Time**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$546.58** |

| 3.131 | Nonpriority creditor's name and mailing address<br>**Employee 77**<br>**Address Redacted**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Wages/PTO/Accrued Sick Time**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,760.73** |

Debtor      **Vista Partners, Inc.**                                          Case number *(if known)* _____
              Name

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$879.21** |

**Employee 78**
**Address Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,436.46** |

**Employee 79**
**Address Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$406.98** |

**Employee 8**
**Address Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,109.15** |

**Employee 80**
**Address Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,153.54** |

**Employee 81**
**Address Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$361.74** |

**Employee 82**
**Address Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$698.46** |

**Employee 83**
**Address Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Vista Partners, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.139 | **Nonpriority creditor's name and mailing address**<br>**Employee 84**<br>**Address Redacted**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **$1,801.50** |

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.140 | **Nonpriority creditor's name and mailing address**<br>**Employee 85**<br>**Address Redacted**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **$633.34** |

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.141 | **Nonpriority creditor's name and mailing address**<br>**Employee 86**<br>**Address Redacted**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **$336.87** |

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.142 | **Nonpriority creditor's name and mailing address**<br>**Employee 87**<br>**Address Redacted**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **$1,185.63** |

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.143 | **Nonpriority creditor's name and mailing address**<br>**Employee 88**<br>**Address Redacted**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **$818.24** |

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.144 | **Nonpriority creditor's name and mailing address**<br>**Employee 89**<br>**Address Redacted**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **$1,561.65** |

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.145 | **Nonpriority creditor's name and mailing address**<br>**Employee 9**<br>**Address Redacted**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **$408.00** |

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Vista Partners, Inc.**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.146 | **Nonpriority creditor's name and mailing address** | **$1,200.79** |

**Employee 90**
**Address Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.147 | **Nonpriority creditor's name and mailing address** | **$721.47** |

**Employee 91**
**Address Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.148 | **Nonpriority creditor's name and mailing address** | **$6,365.34** |

**Employee 92**
**Address Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.149 | **Nonpriority creditor's name and mailing address** | **$949.01** |

**Employee 93**
**Address Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.150 | **Nonpriority creditor's name and mailing address** | **$8,982.35** |

**Employee 94**
**Address Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.151 | **Nonpriority creditor's name and mailing address** | **$410.55** |

**Employee 95**
**Address Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.152 | **Nonpriority creditor's name and mailing address** | **$2,309.23** |

**Employee 96**
**Address Redacted**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **Vista Partners, Inc.**
_____        Case number (if known) _____
         Name

| 3.153 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,216.52** |

**Employee 97**
**Address Redacted**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,030.82** |

**Employee 98**
**Address Redacted**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,938.19** |

**Employee 99**
**Address Redacted**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Wages/PTO/Accrued Sick Time**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11,241.39** |

**eShipping, LLC**
**PO BOX 775332**
**Chicago, IL 60677-5332**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0003**

**Basis for the claim:**  **Accounts Payable**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Eugene Waldorf School**
**1350 McLean Blvd**
**Eugene, OR 97405**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Notice only**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,593.84** |

**EWEB**
**P O Box 35192**
**Seattle, WA 98124-5192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3768**

**Basis for the claim:**  **Utilities for 4310 W 5th Ave, Eugene, OR 97402**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$13,769.66** |

**EWEB**
**P O Box 35192**
**Seattle, WA 98124-5192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9961**

**Basis for the claim:**  **Utilities for 10 Seneca Rd, Eugene, OR 97402**

Is the claim subject to offset?  ■ No  ☐ Yes

| Debtor | **Vista Partners, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,199.97** |
|---|---|---|---|
| | **Farwest Steel** | ☐ Contingent | |
| | **2000 Henderson Ave** | ☐ Unliquidated | |
| | **Eugene, OR 97403** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  **Unknown** | Basis for the claim:  **Accounts Payable** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,665.23** |
|---|---|---|---|
| | **FDC Graphic Films, Inc.** | ☐ Contingent | |
| | **PO BOX 242** | ☐ Unliquidated | |
| | **South Bend, IN 46624** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  **1347** | Basis for the claim:  **Accounts Payable** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,626.38** |
|---|---|---|---|
| | **Federal Express** | ☐ Contingent | |
| | **PO Box 7221** | ☐ Unliquidated | |
| | **Pasadena, CA 91109** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  **0250** | Basis for the claim:  **Accounts Payable** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,111.00** |
|---|---|---|---|
| | **Federal Express** | ☐ Contingent | |
| | **PO Box 7221** | ☐ Unliquidated | |
| | **Pasadena, CA 91109** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  **Unknown** | Basis for the claim:  **Accounts Payable** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$84,216.24** |
|---|---|---|---|
| | **French Paper Co** | ☐ Contingent | |
| | **PO Box 933334** | ☐ Unliquidated | |
| | **Cleveland, OH 44193** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  **0252** | Basis for the claim:  **Accounts Payable** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,231.80** |
|---|---|---|---|
| | **Griffin Lumber Co., Inc.** | ☐ Contingent | |
| | **1238 N 37th Street** | ☐ Unliquidated | |
| | **Springfield, OR 97478** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  **Unknown** | Basis for the claim:  **Accounts Payable** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,195.00** |
|---|---|---|---|
| | **Hardwood Industries, Inc.** | ☐ Contingent | |
| | **PO Box 102069** | ☐ Unliquidated | |
| | **Pasadena, CA 91189** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  **Unknown** | Basis for the claim:  **Accounts Payable** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Vista Partners, Inc.** _____    Case number *(if known)* _____
               Name

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,796.77** |
|---|---|---|---|

**Hardwoods Specialty Products US LP**
**2700 Lind Ave SW, Suite 100**
**Renton, WA 98057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **Unknown**

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,232.64** |
|---|---|---|---|

**Heinrich Envelope Corporation**
**925 Zane Avenue North**
**Minneapolis, MN 55422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0317**

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,488.52** |
|---|---|---|---|

**Hudson Printing**
**241 West 1700 South**
**Salt Lake City, UT 84115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1541**

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,684.09** |
|---|---|---|---|

**International Paper**
**P O Box 676565**
**Dallas, TX 75267-6565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7962**

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jack's Country Store**
**Pacific Hwy 103 & Bay Ave**
**Box 170**
**Ocean Park, WA 98640**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,900.00** |
|---|---|---|---|

**JB Landscape Service LLC**
**480 Mallard Ave**
**Springfield, OR 97477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0072**

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,063.73** |
|---|---|---|---|

**JPMorgan Chase Card Services**
**P O Box 94014**
**Palatine, IL 60094-4014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4093**

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Vista Partners, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.174** | Nonpriority creditor's name and mailing address
**JPMorgan Chase Card Services**
**P O Box 94014**
**Palatine, IL 60094-4014**

Date(s) debt was incurred _

Last 4 digits of account number **0762**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

**$17,058.56**

---

**3.175** | Nonpriority creditor's name and mailing address
**JPMorgan Chase Card Services**
**P O Box 94014**
**Palatine, IL 60094-4014**

Date(s) debt was incurred _

Last 4 digits of account number **0398**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

**$72,577.05**

---

**3.176** | Nonpriority creditor's name and mailing address
**JPMorgan Chase Card Services**
**P O Box 94014**
**Palatine, IL 60094-4014**

Date(s) debt was incurred _

Last 4 digits of account number **9325**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

**$5,930.99**

---

**3.177** | Nonpriority creditor's name and mailing address
**Kaiser Permanente**
**PO BOX 34178**
**Seattle, WA 98124-1178**

Date(s) debt was incurred _

Last 4 digits of account number **0129**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee Benefits**

Is the claim subject to offset? ■ No ☐ Yes

**$32,891.77**

---

**3.178** | Nonpriority creditor's name and mailing address
**Kalen Electric & Machinery Inc.**
**1504 W 2nd Ave**
**Eugene, OR 97402**

Date(s) debt was incurred _

Last 4 digits of account number **0299**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

**$2,764.00**

---

**3.179** | Nonpriority creditor's name and mailing address
**KUM-USA**
**842 Royal St.**
**New Orleans, LA 70116**

Date(s) debt was incurred _

Last 4 digits of account number **1496**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

**$3,255.30**

---

**3.180** | Nonpriority creditor's name and mailing address
**Lawn Fawn**
**30201 Aventura**
**Suite 100**
**Rancho Santa Margarita, CA 92688**

Date(s) debt was incurred _

Last 4 digits of account number **0774**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

**$2,242.88**

---

Debtor    **Vista Partners, Inc.**                                                    Case number (if known) _____
_____
          Name

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lehman Hardware, Inc.**
**4779 Kidron Rd.**
**Kidron, OH 44636**

Date(s) debt was incurred  _

Last 4 digits of account number  _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **Notice only**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,341.07** |
|---|---|---|---|

**MetLife Small Business Center**
**PO Box 804466**
**Kansas City, MO 64180-4466**

Date(s) debt was incurred  _

Last 4 digits of account number  **0249**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$39,500.00** |
|---|---|---|---|

**Michael Dipirro**
**c/o David R. Bush**
**321 S Main St., Ste. 502**
**Sebastopol, CA 95472-4208**

Date(s) debt was incurred  _

Last 4 digits of account number  **NA**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim:  **Allegation regarding Prop65 Violation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,552.00** |
|---|---|---|---|

**Mohawk Metal**
**30011 Leghorn Ave**
**Eugene, OR 97402**

Date(s) debt was incurred  _

Last 4 digits of account number  **Unknown**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,890.00** |
|---|---|---|---|

**My Mind's Eye**
**PO Box 1056**
**Bountiful, UT 84011**

Date(s) debt was incurred  _

Last 4 digits of account number  **0932**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$241,710.26** |
|---|---|---|---|

**Ningbo Jiangbei Gogo Knitting**
**777 Lane Qingfeng, #50**
**Cichengo Ningbo**
**Ningbo, China 00031-5031**

Date(s) debt was incurred  _

Last 4 digits of account number  **1571**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,767.65** |
|---|---|---|---|

**North Coast Electric Company**
**130 Garfield Street**
**Eugene, OR 97402-7605**

Date(s) debt was incurred  _

Last 4 digits of account number  **0254**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Vista Partners, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,585.02** |
|---|---|---|---|

**Northwest Natural Gas**
**P.O. Box 6017**
**Portland, OR 97228-6017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **7774**

Basis for the claim:  **Utilities for 4310 W 5th Ave, Eugene, OR 97402**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,393.10** |
|---|---|---|---|

**Northwest Natural Gas**
**P.O. Box 6017**
**Portland, OR 97228-6017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **3602**

Basis for the claim:  **Utilities for 10 N Seneca Rd, Eugene, OR 97402**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,724.68** |
|---|---|---|---|

**OLFA USA, Inc.**
**Dept CH 14502**
**Palatine, IL 60055-4502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **1770**

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,433.75** |
|---|---|---|---|

**Omlid & Swinney Inc**
**PO BOX 412007**
**Boston, MA 02241-2007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **0541**

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,733.13** |
|---|---|---|---|

**Peninsula Truck Lines, Inc.**
**PO BOX 748895**
**Los Angeles, CA 90074-8895**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **0294**

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$275.19** |
|---|---|---|---|

**Peter Scarmoutsos**
**135 Belvedere Drive**
**Birmingham, AL 35242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Outstanding Commission**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,589.04** |
|---|---|---|---|

**Phillips Fiber Art**
**P.O. Box 57**
**Clifton, CO 81520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **0862**

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Vista Partners, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,276.00** |
|---|---|---|---|

**Photoplay**
**8743 E Pecos Rd #125**
**Mesa, AZ 85212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number  **1333**

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,230.00** |
|---|---|---|---|

**Priority One**
**4232 W 7th Ave**
**Eugene, Or 97402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number  **0280**

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Quimper Mercantile**
**1121 Water St.**
**Port Townsend, WA 98368**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _

Basis for the claim:  **Notice only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,015.36** |
|---|---|---|---|

**R&T Creation LTD**
**301 Bld 16A Phase II Intl Land**
**Pt E-Commerce Mall 288 Kaiyin**
**Yiwu, ZE 32200**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number  **1583**

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,090.64** |
|---|---|---|---|

**RC Screen Printing & Supply Co.**
**4630 SE 26th Avenue**
**Portland, Or 97202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number  **0240**

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,433.08** |
|---|---|---|---|

**Redhawk Global LLC**
**2642 Fisher Road**
**Columbus, OH 43204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number  **Unknown**

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,641.00** |
|---|---|---|---|

**RELX Inc. dba Reed Exihibitions**
**PO BOX 9599**
**New York, NY 10087-4599**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number  **0285**

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor  **Vista Partners, Inc.**                                        Case number *(if known)* _____
         _____
         Name

| 3.202 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.38** |

**Robert Duncan**
**398 Columbus Ave. #219**
**Boston, MA 02116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Oustanding Commission**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,314.40** |

**Rodda Paint Company**
**PO Box 24425**
**Pasadena, Ca 91185-4425**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0234**

**Basis for the claim:**  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,984.12** |

**Rodda Paint Company**
**PO Box 24425**
**Pasadena, Ca 91185-4425**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **Unknown**

**Basis for the claim:**  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,652.92** |

**Royal & Langnickel Inc.**
**515  West 45th Street**
**Munster, IN 46321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1133**

**Basis for the claim:**  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,362.36** |

**SAIA Motor Freight Line LLC**
**PO Box 730532**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **Unknown**

**Basis for the claim:**  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,107.62** |

**SAIF Corporation**
**400 High Street SE**
**Salem, OR 97312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0698**

**Basis for the claim:**  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,813.96** |

**Sanipac**
**PO Box 10928**
**Eugene, OR 97440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0700**

**Basis for the claim:**  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Vista Partners, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.209** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,881.57**

**Sanipac Inc.**
P.O. Box 7428
Pasadena, CA 91109-7428

Date(s) debt was incurred _

Last 4 digits of account number  **0700**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.210** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,596.59**

**Saw Systems Enterprises, Inc.**
38150 Jasper-Lowell Rd
Jasper, OR 97438

Date(s) debt was incurred _

Last 4 digits of account number  **0177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.211** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$544.84**

**Saw Systems Enterprises, Inc.**
38150 Jasper-Lowell Rd
Jasper, OR 97438

Date(s) debt was incurred _

Last 4 digits of account number  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.212** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,536.54**

**Securitas Technology Corporation**
Dept. CH 10651
Palatine, IL 60055

Date(s) debt was incurred _

Last 4 digits of account number  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.213** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,797.54**

**SEI Inc**
1717 South 450 West
Logan, UT 84321

Date(s) debt was incurred _

Last 4 digits of account number  **5013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.214** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$895.47**

**Simon & Schuster LLC**
PO Box 70660
Chicago, IL 60603

Date(s) debt was incurred _

Last 4 digits of account number  **0846**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.215** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,993.30**

**Sponge Company**
108-4 Brook Ave
Deer Park, NY 11729

Date(s) debt was incurred _

Last 4 digits of account number  **1509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Vista Partners, Inc.**
_____      Case number _(if known)_ _____
         Name

| | |
|---|---|
| 3.216 | **Nonpriority creditor's name and mailing address** |

| 3.216 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$25,032.97** |
|---|---|---|---|

**3.216**

**Nonpriority creditor's name and mailing address**
**Staffing Services Inc**
**2888 Crescent Avenue**
**Eugene, OR 97408**

Date(s) debt was incurred __

Last 4 digits of account number __0726__

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Accounts Payable__

Is the claim subject to offset? ■ No ☐ Yes

**$25,032.97**

---

**3.217**

**Nonpriority creditor's name and mailing address**
**The Boxmaker, Inc.**
**PO Box 58968**
**Tukwila, WA 98138**

Date(s) debt was incurred __

Last 4 digits of account number __0109__

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Accounts Payable__

Is the claim subject to offset? ■ No ☐ Yes

**$7,080.73**

---

**3.218**

**Nonpriority creditor's name and mailing address**
**The Hillman Group**
**1625 Solutions Center**
**Chicago, IL 60677-1006**

Date(s) debt was incurred __

Last 4 digits of account number __1528__

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Accounts Payable__

Is the claim subject to offset? ■ No ☐ Yes

**$3,733.27**

---

**3.219**

**Nonpriority creditor's name and mailing address**
**Tree Products Hardwoods**
**PO BOX 1554**
**Tacoma, WA 98401-1554**

Date(s) debt was incurred __

Last 4 digits of account number __1532__

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Accounts Payable__

Is the claim subject to offset? ■ No ☐ Yes

**$223,257.87**

---

**3.220**

**Nonpriority creditor's name and mailing address**
**Tree Products Hardwoods**
**PO BOX 1554**
**Tacoma, WA 98401-1554**

Date(s) debt was incurred __

Last 4 digits of account number __Unknown__

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Accounts Payable__

Is the claim subject to offset? ■ No ☐ Yes

**$14,229.63**

---

**3.221**

**Nonpriority creditor's name and mailing address**
**Tyree Oil Co.**
**2076 Irving Road**
**Eugene, OR 97402**

Date(s) debt was incurred __

Last 4 digits of account number __Unknown__

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Accounts Payable__

Is the claim subject to offset? ■ No ☐ Yes

**$1,083.67**

---

**3.222**

**Nonpriority creditor's name and mailing address**
**UPS**
**28013 Network Place**
**Chicago, IL 60673-1280**

Date(s) debt was incurred __

Last 4 digits of account number __0121__

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Accounts Payable__

Is the claim subject to offset? ■ No ☐ Yes

**$7,678.38**

---

Debtor  **Vista Partners, Inc.** _____     Case number (if known) _____
        Name

| 3.223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,008.12** |

**Usui & Co**
**No. 2-3, 6-Chome**
**Minato Jima-Nakamachi. Chuo-Ku**
**Kobe Japan**
**650-0046**

Date(s) debt was incurred  _

Last 4 digits of account number  **1517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**VandalStore - Moscow**
**710 Deakin St**
**Moscow, ID 83844**

Date(s) debt was incurred  _

Last 4 digits of account number  _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Notice only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,622.88** |

**Vestis**
**PO Box 101179**
**Pasadena, CA 91189**

Date(s) debt was incurred  _

Last 4 digits of account number  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$811.73** |

**Vision Service Plan**
**PO BOX 742788**
**Los Angeles, CA 90074-2788**

Date(s) debt was incurred  _

Last 4 digits of account number  **0860**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee Benefits**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.227 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$351,000.00** |

**Vista Properties Eugene, LLC**
**PO Box 2683**
**Eugene, OR 97402**

Date(s) debt was incurred  **12/01/2020**

Last 4 digits of account number  **5030**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Commercial Real Property Lease: 4310 W 5th Ave., Eugene, Oregon, 97402**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,738.10** |

**Walter Nelson**
**2621 West Fifth Ave, Suite A**
**Eugene, OR 97402**

Date(s) debt was incurred  _

Last 4 digits of account number  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.229 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$28,801.00** |

**West Coast Paper**
**P.O. Box 84145**
**Seattle, WA 98124**

Date(s) debt was incurred  _

Last 4 digits of account number  **0559**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Vista Partners, Inc.**
         ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
         Name

Case number *(if known)* ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

| | | |
|---|---|---|
| 3.230 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $1,950.77 |

**West Coast Paper**
**P.O. Box 84145**
**Seattle, WA 98124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **Unknown**

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.231 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $1,276.00 |

**Western Pneumatics**
**110 North Seneca**
**Eugene, OR 97402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **Unknown**

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.232 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $2,461.92 |

**Xyron**
**P.O Box 203415**
**Dallas, Tx 75320-3415**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1920**

Basis for the claim:  **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:   List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Altradius Collections**<br>**3500 Lacey Road, Suite 220**<br>**Downer's Grove, IL 60515** | Line  **3.220**<br>☐ Not listed. Explain ___ | **Baillie Lumber C o (Tree Pr** |
| 4.2 | **Altus Receivables Management**<br>**2121 Airline Drive, Suite 520**<br>**Metarie, LA 70001** | Line  **3.23**<br>☐ Not listed. Explain ___ | **0486** |
| 4.3 | **C2C Resources**<br>**Attn Jessica Bennett**<br>**1455 Lincoln Pkwy East, Suite 550**<br>**Atlanta, GA 30346** | Line  **3.200**<br>☐ Not listed. Explain ___ | **Redhawk Global** |
| 4.4 | **Commercial Collection Corp of NY**<br>**34 Seymour St**<br>**Tonawanda, NY 14150** | Line  **3.168**<br>☐ Not listed. Explain ___ | **Heinrich Envelo pe Corporation** |
| 4.5 | **EGS Financial Care Inc.**<br>**2085 Lynnhaven Pkwy, Ste 106-601**<br>**Virginia Beach, VA 23456** | Line  **3.222**<br>☐ Not listed. Explain ___ | **UPS** |
| 4.6 | **Michael DiPirro**<br>**c/o Jeremy Fietz, Attorney-at-Law**<br>**4241 Montgomery Drive, #123**<br>**Santa Rosa, CA 95405** | Line  **3.183**<br>☐ Not listed. Explain ___ | **NA** |

Debtor    **Vista Partners, Inc.** _____    Case number (if known) _____
_____Name_____

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | **MileagePlus United Cardmember Services PO Box 6294 Carol Stream, IL 60197-6294** | Line **3.173** ☐ Not listed. Explain ____ | _ |
| 4.8 | **MileagePlus United Cardmember Services PO Box 6294 Carol Stream, IL 60197-6294** | Line **3.174** ☐ Not listed. Explain ____ | _ |
| 4.9 | **MileagePlus United Cardmember Services PO Box 6294 Carol Stream, IL 60197-6294** | Line **3.175** ☐ Not listed. Explain ____ | _ |
| 4.10 | **Receivables Control Corporation Attn Kelsey Miller 7373 Kirkwood Court, #200 Osseo, MN 55369** | Line **3.1** ☐ Not listed. Explain ____ | **aLtd** |

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ **40,570.45** |
| **5b. Total claims from Part 2** | 5b.  + | $ **2,058,265.77** |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ **2,098,836.22** |

| Fill in this information to identify the case: |
|---|

Debtor name __**Vista Partners, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF OREGON__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Marketing sales agreement, under which Debtor pays to 1467118 Ontario Inc. dba Stuff4Crafts a $3,500.00 per month marketing fee + 10% commission** | |
| State the term remaining | **Continues until cancelled by either party** | **1467118 Ontario Inc. dba Stuff4Crafts**<br>**20 Quiet Heights Lane**<br>**Keswick, Ontario**<br>**Canada**<br>**L4P 3C8** |
| List the contract number of any government contract | | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Amazon Services Business Solutions Agreement** | |
| State the term remaining | **Continues until cancelled by either party** | **Amazon**<br>**PO Box 81226**<br>**Seattle, WA 98108-1226** |
| List the contract number of any government contract | | |

| Debtor 1 | **Vista Partners, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Financing Agreement No. 300-2670399-001 dated July 28, 2021, for the financing of (1) Weinig Unicut S Machine, SN: D.8723.44; (1) Laguna HSD Smartshop 5x10 CNC Route, SN: 33658-2; and (1) Castaly TRS-5114 Gang Rip Saw, SN: MJ2010090** | |
|---|---|---|---|
| | State the term remaining | **41 months** | **Bank of the West** |
| | List the contract number of any government contract | | **1625 W Fountainhead Pkwy AZ-FTN-10C-A Tempe, AZ 85285** |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Cyber and Privacy Liability Insurance Policy No. RPS-P-1263155M; Debtor is named insured; annual premium $3,851** | |
|---|---|---|---|
| | State the term remaining | **Through February 19, 2026** | **BCS Insurance Company** |
| | List the contract number of any government contract | | **2 Mid America Plaza, Suite 200 Oakbrook Terrace, IL 60181** |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Trademark Sublicense Agreement for Price Tickets dated April 14, 2011** | |
|---|---|---|---|
| | State the term remaining | **Continues until expired or terminated by either party** | **Big Lots Stores, Inc.** |
| | List the contract number of any government contract | | **300 Phillipi Road Columbus, OH 43228** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **1 Year Backup Software License Agreement, paid 02/20/2025** | |
|---|---|---|---|
| | State the term remaining | **02/2026** | **Black Diamond Solutions** |
| | List the contract number of any government contract | | **3921 W Dickens Ave Chicago, IL 60647** |

Debtor 1   **Vista Partners, Inc.**

First Name      Middle Name      Last Name

Case number *(if known)* _____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Vendor Agreement** | |
|---|---|---|---|
| | State the term remaining | **Continues until expired or terminated by either party** | **Blick Art Materials, LLC**<br>**PO Box 1267**<br>**Galesburg, IL 61402-1267** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Consigned Vendor Services Agreement with Eugene Fabrices Corp, branded Camelot ("Camelot"), under which Debtor provides to Camelot warehouse fulfillment, data integration, import management, e-commerce marketing and sales, and logistics services under a menu of operational services for storage fees of $0.50 per cubic foot per month, line item pick and quality control fee of $0.75 per order plus Free On Board ("FOB") shipping charges, order processing and packing fee of $1.50** | |
|---|---|---|---|
| | State the term remaining | **Coninues until cancelled by either party** | **Eugene Fabrics Corp, branded Camelot**<br>**1391 Rue Saint Amour**<br>**Montreal, Quebec**<br>**Canada**<br>**H4S 1T4** |
| | List the contract number of any government contract | | |

Debtor 1   **Vista Partners, Inc.**                                                      Case number (*if known*) _____

_____
First Name          Middle Name          Last Name

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **3PL Services Agreement with Everything Mary, L.L.C. ("ETM") and dated June 16, 2022, under which Debtor provides to ETM warehouse fulfillment, data integration, traffic and import management, and claims return services under an all-inclusive menu of operational services for a fixed program fee of $0.70 per cubic foot per month with returns processed at $3.00 per return for e-commerce** | |
|---|---|---|---|
| | State the term remaining | **Initial term ended; 30 day notice to Debtor requireed; ETM requires 120 day notice** | **Everything Mary, L.L.C.** |
| | List the contract number of any government contract | | **624 Sonoma Circle** <br> **Fayetteville, AR 72703** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Property Policy No. 03489-61-79 for 4310 W 5th Ave, Eugene, OR 97402; Debtor is named insured; Debtor's assumed business names Petersen-Arne and PA Distribution are additional named insured; annual premium $5,023.00** | |
|---|---|---|---|
| | State the term remaining | **Through 02/01/2026** | **Farmers Insurance** <br> **Attention: Tony Core** |
| | List the contract number of any government contract | | **Anthony Core Insurance Agency Inc.** <br> **2101 Bailey Hill #G1** <br> **Eugene, OR 97405** |

Debtor 1   **Vista Partners, Inc.**                                         Case number *(if known)* _____
          _____
          First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Liability Insurance Policy No. 03499-29-54 for the following vehicles: i) 2000 GMC Yukon XL K; ii) 1992 GMC Cutaway Van; iii) 2011 Toyota Camry Base; iv) 2005 Lexus RX 330; v) 1988 Strick Trailer; vi) 1995 Toyota Pickup 1/2; vii) 1994 Chevrolet GMT-400 K2; and viii) 1999 trailer; annual premium $59,993.00** | |
|---|---|---|---|
| | State the term remaining | **Through 02/01/2026** | **Farmers Insurance Attention: Tony Core Anthony Core Insurance Agency Inc. 2101 Bailey Hill #G1 Eugene, OR 97405** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Wholesale Distribution Premier Policy No. 03499-29-54 for 4310 W 5th Ave, Eugene, OR 97402, 632 Shelley Street, Springfield, OR 97477; Debtor is named insured; Debtor's assumed business names Petersen-Arne and PA Distribution are additional named insured; annual premium $3,386.00** | |
|---|---|---|---|
| | State the term remaining | **Through 02/01/2026** | **Farmers Insurance Attention: Tony Core Anthony Core Insurance Agency Inc. 2101 Bailey Hill #G1 Eugene, OR 97405** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **FedEx Transportation Services Agreement No. 1129727850-104, Version No. 05 dated July 13, 2023 Payments due at time services are rendered** | |
|---|---|---|---|
| | State the term remaining | **Continues until expired or terminated by either party** | **FedEx Corporate Services, Inc. 942 South Shady Grove Road Memphis, TN 38120** |
| | List the contract number of any government contract | | |

Debtor 1    **Vista Partners, Inc.**
First Name        Middle Name        Last Name

Case number *(if known)* _____

▮ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Payroll services contract under which iSolved, Inc. provides payroll services including direct deposit, tax service, sick and vacation accruals, 401k reporting, and quarterly and annual returns** | |
|---|---|---|---|
| | State the term remaining | **Continues until cancelled by either party** | **iSolved, Inc.** |
| | List the contract number of any government contract | | **11215 N. Community House Rd Suite 800 Charlotte, NC 28277** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Employee Benefits, Group No. 23884** | |
|---|---|---|---|
| | State the term remaining | **Renewed Annually** | **Kaiser Permanente** |
| | List the contract number of any government contract | | **PO BOX 34178 Seattle, WA 98124-1178** |

Debtor 1   **Vista Partners, Inc.**                                          Case number *(if known)*
_____                            _____
First Name      Middle Name      Last Name

## ▉ Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Commission Sales and Licensing Agreement dated January 1, 2021, bewteen Debtor and Leisure Arts, Inc. ("Leisure Arts"), under which Debtor has non-exclusive, perpetual rights to purchase or produce and sell Leisure's branded and proprietary products to Leisure's customers as well as to customers of Debtor, recognizing the sales on its books for the goods and services delivered to Leisure's customers and is responsible for the purchasing of inventory, fulfillment of customer orders, shipping, billing, and collection, and paying to Leisure Arts an amount that is greater than $2,000,000.00 or 10.0% of the amount of the sales to Leisure Arts' customers each month** | |
| | State the term remaining | **Continues until expired or terminated by either party** | **Leisure Arts, Inc.** |
| | List the contract number of any government contract | _____ | **104 Champs Blvd, #100 Maumelle, AR 72113** |

Debtor 1    **Vista Partners, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)* _____

�* **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.17.    State what the contract or lease is for and the nature of the debtor's interest

**Shared Services Agreement dated August 1, 2019, between Debtor and Leisure Arts, Inc. ("Leisure Arts"), under which Debtor provides to Leisure Arts: warehouse fulfillment and management, website and ERP management, IT and EDI transaction processing, purchasing management, print on-demand services, photography, evergreen product development, graphic resources and package design, and customer services to include invoicing and other services as requested, and Leisure Arts provides to Debtor: licensed use of brand, trademarks and products, warehouse fulfillment and management, evergreen product development, graphic resources and package design, purchasing management, factory sourcing and import tracking, collection services, and other services as requested**

State the term remaining    **Continues until expired or terminated by either party**

List the contract number of any government contract

**Leisure Arts, Inc.**
**104 Champs Blvd, #100**
**Maumelle, AR 72113**

| Debtor 1 | **Vista Partners, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

<table>
<tr><td style="background:#4a0a3a;"> </td><td>**Additional Page if You Have More Contracts or Leases**</td></tr>
</table>

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **3PL Services Agreement with Manuscript Pen Company Ltd. ("Manuscript"), under which Debtor provides to Manuscript warehouse fulfillment, data integration, import management, and claims management services under a menu of operational services for a storage fee of $0.45 per cubic foot per month, line item pick and quality control fee of $0.75 per order, order processing fee of $1.50 per order, with returns processed at $3.50 per line item** | |
|---|---|---|---|
| | State the term remaining | **Continues until cancelled by either party** | **Manuscript Pen Company Ltd. Highley, Nr. Bridgnorth Shropshire England WV16 6NN** |
| | List the contract number of any government contract | | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Employee benefit dental plan** | |
|---|---|---|---|
| | State the term remaining | **Renewed Annually** | **Metropolitan Life Ins. Company 200 Park Avenue New York, NY 10017** |
| | List the contract number of any government contract | | |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Employee benefit Oregon Paid Family and Medical Leave** | |
|---|---|---|---|
| | State the term remaining | **Renewed Annually** | **Metropolitan Life Insurance 18210 Crane Nest Drive Tampa, FL 33647** |
| | List the contract number of any government contract | | |

Debtor 1  **Vista Partners, Inc.**

First Name        Middle Name        Last Name

Case number *(if known)*

---

■ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Property Policy No. ACP CP023221014066 for 10 N. Seneca Rd, Eugene, OR 97402-6924; Debtor is named insured; property owner Madstein LLC is additional named insured; annual premium $25,459.00** | |
|---|---|---|---|
| | State the term remaining | **Through 02/28/2025; Renewal effective 03/01/2025 through 03/01/2026** | **Nationwide General Insurance Company One West Nationwide Blvd Columbus, OH 43215-2220** |
| | List the contract number of any government contract | | |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial General Liability Policy No. ACP CG023221014066 for Newood Mfg. at 10 N. Seneca Rd, Eugene, OR 97402-6924; Debtor is sublessor and named insured; property owner Madstein LLC and lessor Vista Properties Eugene LLC are additional named insured; annual premium $2,016.00** | |
|---|---|---|---|
| | State the term remaining | **Through 02/28/2025; Renewal effective 03/01/2025 through 03/01/2026** | **Nationwide General Insurance Company One West Nationwide Blvd Columbus, OH 43215-2220** |
| | List the contract number of any government contract | | |

Debtor 1   **Vista Partners, Inc.**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Umbrella Policy No. ACP CU023221014066 for Newood Mfg. at 10 N. Seneca Rd, Eugene, OR 97402-6924; Debtor is named insured; property owner Madstein LLC is additional named insured; annual premium $1,668.00** | |
|---|---|---|---|
| | State the term remaining | **Through 02/28/2025; Renewal effective 03/01/2025 through 03/01/2026** | |
| | List the contract number of any government contract | | **Nationwide General Insurance Company One West Nationwide Blvd Columbus, OH 43215-2220** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Domestic Vendor Agreement dated May 24, 2016** | |
|---|---|---|---|
| | State the term remaining | **Varies by Purchase Order** | **Oriental Trading Company, Inc. Attn: Domestic Accounts Payable 4206 S. 108th Street Omaha, NE 68137** |
| | List the contract number of any government contract | | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Consignment Agreement 13172 dated October 2, 2024 (the "Co-Op 14"), between Debtor and Ouiby Inc. d/b/a Kickfurther ("Kickfurther"), under which Debtor is obligated to pay to Kickfurther $615,950.00 (the "Total Payout Amount") for Kickfurther's financing of certain inventory** | |
|---|---|---|---|
| | State the term remaining | **Consignment Agreement Continues Until Terminated by Debtor or Kickfurther** | |
| | List the contract number of any government contract | | **Ouiby Inc., dba Kickfurther PO Box 21584 Boulder, CO 80308-4584** |

| Debtor 1 | **Vista Partners, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name    Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Consignment Agreement 13173 dated June 7, 2024 (the "Co-Op 13"), between Debtor and Ouiby Inc. d/b/a Kickfurther ("Kickfurther"), under which Debtor is obligated to pay to Kickfurther $713,742.15 (the "Total Payout Amount") for Kickfurther's financing of certain inventory** | |
|---|---|---|---|
| | State the term remaining | **Consignment Agreement Continues Until Terminated by Debtor or Kickfurther** | |
| | List the contract number of any government contract | _____ | **Ouiby Inc., dba Kickfurther PO Box 21584 Boulder, CO 80308-4584** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Sales Representative Contract with Peter Scarmoutsos ("Scarmoutsos") dated August 20, 2020, under which Scarmoutsos was engaged to solicit orders for goods distributed by Debtor, for compensation based upon a pre-agreed commission on sales** | |
|---|---|---|---|
| | State the term remaining | **Continues until cancelled by either party** | |
| | List the contract number of any government contract | _____ | **Peter Scarmoutsos 135 Belvedere Drive Birmingham, AL 35242** |

| Debtor 1 | **Vista Partners, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.28.** State what the contract or lease is for and the nature of the debtor's interest — **Independent Sales Representative Contract with Robert Duncan ("Duncan") dated April 28, 2020, under which Duncan was engaged to solicit orders for goods distributed by Debtor, for compensation equal to 5% of gross sales of goods** | |
| State the term remaining — **Continues until cancelled by either party** | |
| List the contract number of any government contract | **Robert Duncan**<br>**398 Columbus Ave. #219**<br>**Boston, MA 02116** |
| **2.29.** State what the contract or lease is for and the nature of the debtor's interest — **Subscriber Agreement dated April 19, 2011** | |
| State the term remaining — **Continues until cancelled by either party** | |
| List the contract number of any government contract | **Ross Stores, Inc.**<br>**5130 Hacienda Drive**<br>**Dublin, CA 94568** |
| **2.30.** State what the contract or lease is for and the nature of the debtor's interest — **Employee benefit vision** | |
| State the term remaining — **Renewed Annually** | |
| List the contract number of any government contract | **Vision Service Plan**<br>**PO BOX 742788**<br>**Los Angeles, CA 90074-2788** |
| **2.31.** State what the contract or lease is for and the nature of the debtor's interest — **Opened 12/01/2020; Commercial lease of the property located at 4310 W 5th Ave., Eugene, Oregon, 97402** | |
| State the term remaining — **129 months through 11/2035** | |
| List the contract number of any government contract | **Vista Properties Eugene, LLC**<br>**PO Box 2683**<br>**Eugene, OR 97402** |

Debtor 1 **Vista Partners, Inc.**  Case number *(if known)* _____
First Name          Middle Name          Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.32.** State what the contract or lease is for and the nature of the debtor's interest — **Comprehensive Walmart Marketplace Program Retailer Agreement** State the term remaining **Continues until cancelled by either party** List the contract number of any government contract | **Walmart Inc. 702 SW 8th St Bentonville, AR 72716** |
| **2.33.** State what the contract or lease is for and the nature of the debtor's interest — **Opened 02/16/2022 Lease for (1) Brother Printer; HL-L6400DW; U64185F1N346148; (2) Brother Printer; HL-L6400DW; U64185F1N346179; and (3) Xerox Production Cut-Sheet; D95; BG2483076** State the term remaining **18 months through 08/2026** List the contract number of any government contract | **Wells Fargo Financial Services PO BOX 030310 Los Angeles, CA 90030-0310** |
| **2.34.** State what the contract or lease is for and the nature of the debtor's interest — **Opened 02/16/2022 Lease for (1) Brother Printer; HL-L6400DW; U64185F1N346148; (2) Brother Printer; HL-L6400DW; U64185F1N346179; and (3) Xerox Production Cut-Sheet; D95; BG2483076** State the term remaining **35 months through 01/2028** List the contract number of any government contract | **Wells Fargo Financial Services PO BOX 030310 Los Angeles, CA 90030-0310** |

Debtor 1  **Vista Partners, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.35. State what the contract or lease is for and the nature of the debtor's interest | **Opened 06/16/2022 Lease for Plockmatic Copier; Powersquare 224; WAPSQ1576** |
| State the term remaining | **40 months through 06/2028** |
| List the contract number of any government contract | **Wells Fargo Financial Services PO BOX 030310 Los Angeles, CA 90030-0310** |
| 2.36. State what the contract or lease is for and the nature of the debtor's interest | **Opened 06/04/2023 Lease for (1) Xerox Production Cut-Sheet; IR120; 7AE212504** |
| State the term remaining | **40 months through 06/2028** |
| List the contract number of any government contract | **Wells Fargo Financial Services PO BOX 030310 Los Angeles, CA 90030-0310** |
| 2.37. State what the contract or lease is for and the nature of the debtor's interest | **Opened 04/15/2021 Lease for (1) Toshiba Copier; e-STUDIO4518A; CZAL68535** |
| State the term remaining | **17 months through 08/2026** |
| List the contract number of any government contract | **Wells Fargo Financial Services PO BOX 030310 Los Angeles, CA 90030-0310** |
| 2.38. State what the contract or lease is for and the nature of the debtor's interest | **Opened 09/29/2021 Lease for (1) Toshiba Copier; e-STUDIO4518A; CZAL68529** |
| State the term remaining | **23 months through 02/2027** |
| List the contract number of any government contract | **Wells Fargo Financial Services PO BOX 030310 Los Angeles, CA 90030-0310** |
| 2.39. State what the contract or lease is for and the nature of the debtor's interest | **Opened 02/01/2022 Lease for (1) HP Wide Format; Z9+ 44-in; CN19KFK00J** |
| State the term remaining | **23 months through 02/2027** |
| List the contract number of any government contract | **Wells Fargo Financial Services PO BOX 030310 Los Angeles, CA 90030-0310** |

| Debtor 1 | **Vista Partners, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Vendor Agreement related to unique Purchase Orders** | |
|---|---|---|---|
| | State the term remaining | **Until terminated by either party** | **Zulily, Inc.** |
| | List the contract number of any government contract | | **2601 Elliott Avenue, Suite 200**<br>**Seattle, WA 98121** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Opened 12/27/2021**<br>**Finance and Services Agreement**<br>**(60) Zultys ZIP 43G Phone receivers**<br>**(10) Zultys ZIP 45G Phone receivers**<br>**(1) MG4/S: SIP Gateway** | |
|---|---|---|---|
| | State the term remaining | **24 months through 02/2027** | **Zultys Phone Systems** |
| | List the contract number of any government contract | | **785 Lucerne Drive**<br>**Sunnyvale, CA 94085** |

| Fill in this information to identify the case: |
|---|

Debtor name __**Vista Partners, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF OREGON__

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                        12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Cynthia L. Morris** | **PO Box 2683**<br>**Eugene, OR 97402** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Cynthia L. Morris** | **PO Box 2683**<br>**Eugene, OR 97402** | **Ouiby Inc., d/b/a**<br>**Kickfurther** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Cynthia L. Morris** | **PO Box 2683**<br>**Eugene, OR 97402** | **Ouiby Inc., d/b/a**<br>**Kickfurther** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Cynthia L. Morris** | **P.O. Box 2683**<br>**Eugene, OR 97402**<br>**Debtor and Cynthia L. Morris are jointly**<br>**and severally liable for the debt under the**<br>**Consignment Agreement 13172 pursuant**<br>**to a Promissory Note of even date** | **Ouiby Inc., dba**<br>**Kickfurther** | ☐ D _____<br>☐ E/F _____<br>■ G __2.25__ |

| Debtor | **Vista Partners, Inc.** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** |
|---|---|

2.5    **Cynthia L. Morris**      **PO Box 2683**
**Eugene, OR 97402**
**Debtor and Cynthia L. Morris are jointly**
**and severally liable for the debt under the**
**Consignment Agreement 13173 pursuant**
**to a Promissory Note of even date**

**Ouiby Inc., dba**
**Kickfurther**

☐ D _____
☐ E/F _____
■ G   **2.26**

**Fill in this information to identify the case:**

Debtor name    **Vista Partners, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.    **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$2,027,746.15** |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other  _____ | **$16,702,628.00** |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other  _____ | **$25,455,239.00** |

2.    **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.    **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **Vista Partners, Inc.**_____    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Ouiby Inc., dba Kickfurther**<br>**PO Box 21584**<br>**Boulder, CO 80308-4584** | **12/01/2024**<br>**01/16/2025**<br>**02/01/2025** | **$136,686.16** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Payments on Co-Op 13** |
| 3.2. **1467118 Ontario Inc. dba Stuff4Crafts**<br>**20 Quiet Heights Lane**<br>**Keswick, Ontario**<br>**Canada**<br>**L4P 3C8** | **12/1/2024;**<br>**1/16/25;**<br>**2/1/25** | **$75,035.75** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **A.N.C.O. Fastener Sales**<br>**2565 West 5th Avenue**<br>**Eugene, OR 97402** | **12/20/2024**<br>**12/26/2024**<br>**01/20/2025**<br>**01/20/2025**<br>**01/23/2025**<br>**01/23/2025**<br>**01/23/2025**<br>**01/28/2025**<br>**01/30/2025**<br>**02/04/2025**<br>**02/10/2025**<br>**02/18/2025**<br>**02/18/2025**<br>**02/18/2025** | **$20,307.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **American Express**<br>**PO BOX 60189**<br>**City Of Industry, CA 91716-0189** | **12/1/24**<br>**12/6/24**<br>**1/1/25**<br>**2/1/25** | **$366,399.41** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Unsecured credit card** |
| 3.5. **ATW Manufacturing**<br>**P. O. Box 22106**<br>**Eugene, OR 97402** | **01/07/2025**<br>**01/09/2025**<br>**01/17/2025** | **$13,603.40** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **Bar Charts**<br>**6000 Park of Commerce Blvd**<br>**Suite D**<br>**Boca Raton, FL 33487** | **12/13/2024**<br>**01/21/2025**<br>**01/30/2025** | **$26,527.44** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Debtor | **Vista Partners, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.7. **Chase Card Services**<br>**P O Box 94014**<br>**Palatine, IL 60094-4014** | 12/5/24<br>12/9/24<br>12/12/24<br>12/20/24<br>1/9/25<br>1/16/25<br>1/16/25<br>1/20/25<br>1/23/25<br>1/24/25<br>1/24/25<br>1/24/25<br>1/24/25<br>1/24/25<br>1/28/25<br>1/31/25<br>2/1/25<br>2/1/25<br>2/1/25<br>2/1/25<br>2/1/25<br>2/1/25<br>2/5/25<br>2/5/25<br>2/21/25 | **$194,815.71** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Unsecured credit card** |
| 3.8. **Chroma, Inc.**<br>**205 Bucky Drive Lititz**<br>**Lititz, PA 17543** | 01/17/2025<br>01/20/2025<br>02/20/2025 | **$21,098.37** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.9. **Dongguan Ju Sheng Metal Tech**<br>**No. 19, Quling**<br>**Road 2, Quantang, Liaobu**<br>**Dongguan, China** | 02/05/2025 | **$12,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. **eShipping, LLC**<br>**PO BOX 775332**<br>**Chicago, IL 60677-5332** | 12/6/24<br>12/13/24<br>12/13/24<br>12/20/24<br>12/27/24<br>1/3/25<br>1/10/25<br>1/15/25<br>1/17/25<br>1/17/25<br>1/22/25<br>2/1/25<br>2/1/25<br>2/7/25<br>2/14/25 | **$70,531.05** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   **Vista Partners, Inc.** _____   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.11. **EWEB**<br>**P O Box 35192**<br>**Seattle, WA 98124-5192** | **12/06/2024**<br>**01/08/2025**<br>**02/07/2025** | **$15,860.65** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. **Federal Express**<br>**PO Box 7221**<br>**Pasadena, CA 91109** | **12/01/2024**<br>**02/01/2025**<br>**02/01/2025**<br>**02/01/2025**<br>**02/01/2025**<br>**02/01/2025**<br>**02/01/2025**<br>**02/01/2025**<br>**02/01/2025**<br>**02/01/2025**<br>**2/3/25**<br>**2/7/25**<br>**2/7/25**<br>**2/14/25**<br>**2/14/25**<br>**2/17/25**<br>**02/18/2025**<br>**02/24/2025**<br>**02/01/2025**<br>**02/01/2025**<br>**02/01/2025**<br>**02/01/2025**<br>**02/01/2025**<br>**02/01/2025**<br>**02/01/2025**<br>**02/01/2025**<br>**02/01/2025**<br>**02/01/2025**<br>**02/03/2025**<br>**02/07/2025**<br>**02/07/2025**<br>**02/14/2025**<br>**02/14/2025**<br>**02/17/2025** | **$179,785.10** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. **G&F Pallet LLC**<br>**1010 Tyinn St Space 23**<br>**Eugene, OR 97402** | **12/09/2024**<br>**12/09/2024**<br>**12/09/2024**<br>**12/30/2024**<br>**01/17/2025**<br>**01/17/2025**<br>**01/22/2025**<br>**01/29/2025**<br>**02/04/2025**<br>**02/10/2025** | **$9,750.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Debtor | **Vista Partners, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.14. | **Golden Kart Inc.**<br>**659 Abbington Drive East Windsor**<br>**Windsor, NJ 08520** | **12/02/2024**<br>**12/02/2024**<br>**01/21/2025** | **$109,866.52** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. | **Kaiser Permanente**<br>**PO BOX 34178**<br>**Seattle, WA 98124-1178** | **12/01/2024**<br>**01/02/2025**<br>**02/01/2025** | **$98,076.47** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Employee benefits and insurance** |
| 3.16. | **Kelley Connect**<br>**22710 72nd Ave S**<br>**Kent, WA 98032-1926** | **12/02/2024**<br>**01/01/2025**<br>**01/02/2025**<br>**01/17/2025**<br>**02/01/2025**<br>**02/03/2025**<br>**02/17/2025** | **$20,792.23** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Equipment lease agreements** |
| 3.17. | **Wells Fargo Financial Services**<br>**PO BOX 030310**<br>**Los Angeles, CA 90030-0310** | **01/03/2025**<br>**01/03/2025**<br>**01/03/2025**<br>**01/03/2025**<br>**01/04/2025**<br>**01/11/2025**<br>**01/14/2025** | **$9,235.11** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Equipment lease agreements** |
| 3.18. | **Xerox Financial Svcs Program**<br>**PO BOX 202882**<br>**Dallas, TX 75320-2882** | **12/02/2024**<br>**12/09/2024**<br>**01/22/2025** | **$15,944.85** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Equipment finance and lease agreement** |
| 3.19. | **MBS Logistics US**<br>**9705 NW 108th Ave, Ste.18**<br>**Miami, FL 33178** | **01/09/2025** | **$25,398.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.20. | **MetLife Group Benefits PFML** | **12/01/2024**<br>**01/01/2025**<br>**02/01/2025** | **$12,724.58** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Vista Partners, Inc.**                                                        Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.21. **MetLife Small Business Center**<br>**PO Box 804466**<br>**Kansas City, MO 64180-4466** | **12/01/2024**<br>**01/02/2025**<br>**02/03/2025** | **$8,224.25** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.22. **Needleart World North America**<br>**4732-G N. Royal Atlanta Drive**<br>**Tucker, GA 30084** | **01/17/2025** | **$8,665.32** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.23. **Ningbo BB**<br>**10/F., TianYi Business Center**<br>**21# HuaLou**<br>**Xiang, NingBo**<br>**China** | **12/05/2024**<br>**12/05/2024**<br>**12/05/2024**<br>**12/05/2024**<br>**12/13/2024**<br>**12/13/2024**<br>**01/29/2025** | **$85,254.72** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.24. **Ningbo Jiangbei Gogo Knitting**<br>**777 Lane Qingfeng, #50**<br>**Cichengo Ningbo**<br>**Ningbo, China 00031-5031** | **12/06/2024**<br>**12/17/2024**<br>**12/17/2024**<br>**12/17/2024**<br>**12/18/2024**<br>**01/06/2025**<br>**01/06/2025**<br>**01/06/2025**<br>**01/15/2025**<br>**01/30/2025**<br>**01/30/2025**<br>**01/30/2025**<br>**01/30/2025**<br>**01/30/2025**<br>**01/30/2025**<br>**01/30/2025**<br>**01/30/2025**<br>**01/30/2025**<br>**01/30/2025**<br>**01/30/2025**<br>**01/30/2025** | **$67,743.40** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor  **Vista Partners, Inc.**                                        Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.25. **Peninsula Truck Lines, Inc.** **PO BOX 748895** **Los Angeles, CA 90074-8895** | 12/01/2024 12/01/2024 12/01/2024 12/01/2024 12/01/2024 12/01/2024 12/01/2024 12/01/2024 12/01/2024 12/01/2024 12/03/2024 12/19/2024 12/23/2024 12/23/2024 12/26/2024 12/26/2024 12/26/2024 01/01/2025 01/02/2025 01/02/2025 01/07/2025 01/10/2025 01/13/2025 01/13/2025 01/15/2025 | $11,997.48 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.26. **SAIF Corporation** **400 High Street SE** **Salem, OR 97312** | 12/01/2024 01/01/2025 02/01/2025 | $33,334.92 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.27. **Sanipac Inc.** **P.O. Box 7428** **Pasadena, CA 91109-7428** | 12/01/2024 12/01/2024 12/01/2024 12/01/2024 12/01/2024 01/01/2025 01/01/2025 01/01/2025 02/01/2025 02/01/2025 | $10,144.85 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.28. **StepUp IT Services, LLC** **228 Grimes St.** **Eugene, OR 97402** | 12/01/2024 12/01/2024 01/01/2025 01/01/2025 01/17/2025 | $15,930.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.29. **The Boxmaker, Inc.** **PO Box 58968** **Tukwila, WA 98138** | 12/26/2024 01/14/2025 | $7,980.73 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |

Debtor   **Vista Partners, Inc.** _____     Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.30. **Total Quality Logistics**<br>**P O Box 634558**<br>**Cincinnati, OH 45263** | 12/01/2024<br>12/20/2024<br>12/20/2024<br>01/01/2025<br>01/01/2025<br>01/07/2025<br>01/14/2025<br>01/29/2025<br>01/30/2025<br>02/07/2025 | **$12,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.31. **UPS/UPS SCS Chicago**<br>**28013 Network Place**<br>**Chicago, IL 60673-1280** | 12/01/2024<br>12/01/2024<br>12/01/2024<br>12/01/2024<br>12/06/2024<br>12/30/2024<br>01/01/2025<br>01/01/2025<br>01/01/2025<br>01/06/2025<br>01/10/2025<br>01/17/2025<br>02/01/2025<br>02/07/2025 | **$10,940.02** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.32. **Vista Properties Eugene, LLC**<br>**PO Box 2683**<br>**Eugene, OR 97402** | 12/02/2024<br>01/01/2025<br>02/01/2025 | **$105,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Lease of premises at 4310 5th Avenue, Eugene, OR 97402** |
| 3.33. **Wells Fargo Financial Services**<br>**PO BOX 030310**<br>**Los Angeles, CA 90030-0310** | 12/01/2024<br>12/01/2024<br>12/06/2024<br>12/06/2024<br>12/06/2024<br>12/06/2024<br>12/06/2024<br>12/12/2024<br>12/14/2024 | **$21,279.24** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Equipment lease agreements** |
| 3.34. **West Coast Paper**<br>**P.O. Box 84145**<br>**Seattle, WA 98124** | 93 separate payments from 12/1/2024 to 2/14/2025 | **$76,960.17** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor  **Vista Partners, Inc.**                          Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.35. **Yakama Forest Products**<br>PO Box 24512<br>Seattle, WA 98124-0512 | 12/03/2024<br>12/19/2024<br>12/26/2024<br>12/26/2024<br>01/09/2025<br>01/14/2025<br>01/28/2025<br>02/04/2025<br>02/10/2025<br>02/19/2025 | $146,077.59 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.36. **Yiwu Rediy Ladiy Trading Co., LTD.**<br>RM 820, BLDG A8<br>NO.742 SIYUAN ROAD<br>NIANSANLI, YIWU ZHEJIANG<br>China 322013 | 12/27/2024 | $125,273.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.37. **Bank of the West**<br>1625 W Fountainhead Pkwy<br>AZ-FTN-10C-A<br>Tempe, AZ 85285 | 12/03/2024<br>01/02/2025 | $4,152.66 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Equipment lease agreement** |
| 3.38. **Bank of the West**<br>1625 W Fountainhead Pkwy<br>AZ-FTN-10C-A<br>Tempe, AZ 85285 | 12/03/2024<br>02/03/2025<br>01/02/2025 | $6,228.99 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Equipment finance and lease agreement** |
| 3.39. **Farmers Insurance**<br>Attention: Tony Core<br>Anthony Core Insurance Agency Inc.<br>2101 Bailey Hill #G1<br>Eugene, OR 97405 | 12/2/24<br>1/8/25<br>2/7/25 | $15,860.65 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Leisure Arts, Inc.**<br>104 Champs Blvd, Suite 100<br>Maumelle, AR 72113<br>Wholly separate entity with common shareholder, Cynthia L. Morris | Nov. 25, 2024 | $73,000.00 | **Amount due to Leisure Arts, Inc. pursuant to Shared Services Agreement dated August 1, 2019, between Debtor and Leisure Arts, Inc. See Schedule G 2.17.** |

5. **Repossessions, foreclosures, and returns**

Debtor   **Vista Partners, Inc.**                                         Case number *(if known)*

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

<br>

**Part 3:**    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Washington State Department of Revenue**<br>**UBA No. 601 917 255** | **Audit regarding retail sales tax** | **Washington State Dept. of Revenue**<br>**PO Box 47473**<br>**Tumwater, WA 98504-7473** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Michael DiPirro v. Vista Partners, Inc., et al.**<br>**25CV105745** | **Complaint for Civil Penalties and Injunctive Relief (Health & Safety Code. § 25249.6 et seq.)** | **Superior Court of the State of CA**<br>**County of Alameda**<br>**2233 Shoreline Dr**<br>**Alameda, CA 94501-6227** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

<br>

**Part 4:**    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

<br>

**Part 5:**    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor    **Vista Partners, Inc.**                                    Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
|  |  |  |  |

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Buchalter, A Professional Corporation<br>805 SW Broadway<br>Suite 1500<br>Portland, OR 97205** | **Attorneys' Fees** | **01/15/2025** | **$135,000.00** |
| | **Email or website address<br>jsakay@buchalter.com** | | | |
| | **Who made the payment, if not debtor?<br>Cynthia L. Morris, as paid in capital to Debtor** | | | |
| 11.2. | **Buchalter, A Professional Corporation<br>805 SW Broadway<br>Suite 1500<br>Portland, OR 97205** | **Attorneys' Fees: $29,795.00 applied to pre-petition attorneys' fees and payment of $1,738.00  chapter 11 filing fee; $20,205.00 placed in client's trust account at Buchalter, A Professional Corporation. See Schedule B, Part 2, No. 7.1** | **03/05/2025** | **$50,000.00** |
| | **Email or website address<br>jsakay@buchalter.com** | | | |
| | **Who made the payment, if not debtor?<br>Paid in capital from Cynthia L. Morris, President and CEO of Debtor** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
|  |  |  |  |

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

| Debtor | Vista Partners, Inc. | Case number *(if known)* |
|---|---|---|

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7: Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 10 N Seneca Rd Eugene, OR 97402 | 05/01/2022 - present, through 04/30/2025 |
| 14.2. | 632 Shelley Street Springfield, OR 97477 | 05/24/2021 - 01/12/2025 |

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

| Debtor | **Vista Partners, Inc.** | Case number *(if known)* | |
|---|---|---|---|

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Amazon.com, Inc.<br>PO Box 81226<br>Seattle, WA 98108-1226** | **Inventory warehoused and distributed by Fulfillment By Amazon (FBA)** | **Approximately $213,500 in finished product** | ☐ No<br>■ Yes |
| **Walmart Inc.<br>702 SW 8th St<br>Bentonville, AR 72716** | **Inventory warehoused and distributed by Walmart Fulfillment Services** | **Approximately $24,000 in finished product** | ☐ No<br>■ Yes |

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Manuscript Pen Company Ltd.<br>Highley, Nr. Bridgnorth<br>Shropshire<br>England<br>WV16 6NN** | **4310 W. Fifth Avenue<br>Eugene, OR 97402** | **Inventory warehoused pursuant to 3PL Services Agreement** | **Unknown** |
| **Leisure Arts, Inc.<br>104 Champs Blvd, #100<br>Maumelle, AR 72113** | **4310 W. Fifth Avenue<br>Eugene, OR 97402** | **Inventory warehoused pursuant to the parties' Commission Sales and Licensing Agreement and Shared Services Agreement** | **Unknown** |
| **Eugene Fabrics Corp, branded Camelot<br>1391 Rue Saint Amour<br>Montreal, Quebec<br>Canada<br>H4S 1T4** | **4310 W. Fifth Avenue<br>Eugene, OR 97402** | **Inventory warehoused pursuant to the parties' Consigned Vendor Services Agreement** | **Unknown** |
| **Everything Mary, L.L.C.<br>624 Sonoma Circle<br>Fayetteville, AR 72703** | **4310 W. Fifth Avenue<br>Eugene, OR 97402** | **Inventory warehoused pursuant to the parties' 3PL Services Agreement** | **Unknown** |

Debtor **Vista Partners, Inc.**                                    Case number *(if known)* _____

---

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Kernutt Stokes LLP**<br>**1600 Executive Parkway, Suite 110**<br>**Eugene, OR 97401-7116** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

---

Debtor   **Vista Partners, Inc.**                                                   Case number *(if known)*

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Kernutt Stokes LLP**<br>**1600 Executive Parkway, Suite 110**<br>**Eugene, OR 97401-7116** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Ouiby Inc., dba Kickfurther**<br>**PO Box 21584**<br>**Boulder, CO 80308-4584** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1.   **Cynthia L. Morris** | **January 2025** | **Finished goods: $5,617,766. Raw materials: $2,213,290. Obsolesence/Distressed:  $2,115,125. Debtor operates a SKU-based business and inventory is electronically and automatically updated when posted.** |

Name and address of the person who has possession of inventory records

**Cynthia L. Morris**
**PO Box 2683**
**Eugene, OR 97402**

| | | |
|---|---|---|
| 27.2.   **Cynthia L. Morris** | **November 2024** | **Finished goods: $6,155,000. Raw materials: $2,100,00. Obsolesence/Distressed: $2,590,000. Debtor operates a SKU-based business and inventory is electronically and automatically updated when posted.** |

Name and address of the person who has possession of inventory records

**Cynthia L. Morris**
**PO Box 2683**
**Eugene, OR 97402**

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    **Vista Partners, Inc.**                                          Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **Cynthia L. Morris** | **PO Box 2683**<br>**Eugene, OR 97402** | **President, CEO, and Board of Directors** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  5, 2025**

**/s/ Cynthia L. Morris**                              **Cynthia L. Morris**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **President and CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## District of Oregon

In re  **Vista Partners, Inc.** _____  Case No. _____
                                            Debtor(s)        Chapter    **11**  _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Cynthia L. Morris**<br>**PO Box 2683**<br>**Eugene, OR 97402** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President and CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date  **March  5, 2025** _____        Signature  **/s/ Cynthia L. Morris** _____
                                                                     **Cynthia L. Morris**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**District of Oregon**

In re **Vista Partners, Inc.** _____    Case No. _____

_____ Debtor(s)    Chapter **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President and CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **March  5, 2025** _____    **/s/ Cynthia L. Morris** _____

**Cynthia L. Morris**/**President and CEO**
Signer/Title

# United States Bankruptcy Court
## District of Oregon

In re   **Vista Partners, Inc.**                                           Case No.
                                        Debtor(s)                          Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Vista Partners, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Cynthia L. Morris**
**PO Box 2683**
**Eugene, OR 97402**

☐ None [*Check if applicable*]

**March  5, 2025**                                  **/s/ Joseph A.G. Sakay**
Date                                                **Joseph A.G. Sakay , OSB No. 021734**
                                                    Signature of Attorney or Litigant
                                                    Counsel for   **Vista Partners, Inc.**
                                                    **Buchalter, A Professional Corporation**
                                                    **805 SW Broadway**
                                                    **Suite 1500**
                                                    **Portland, OR 97205**
                                                    **(503) 226-1191 Fax:(503) 226-0079**
                                                    **jsakay@buchalter.com**